UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.G., a Minor, by and through her Guardian Ad Litem Maria Sara Camargo, and the ESTATE OF LUIS GIOVANNY AGUILAR, Deceased, by and through His Successor in Interest, D.G., a Minor, by and through her Guardian ad Litem Maria Sara Camargo, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 through 100, inclusive, in their official and personal/individual capacities, <br><br> Defendants. | No. 2:21-cv-01890-TLN-JDP <br><br><br> **NOTICE OF RELATED CASE ORDER** |
| MA ROSARIO BUENO ZARAGOZA, as an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive, <br><br> Defendants. | No. 2:21-cv-02294-KJM-KJN |

1

1    Examination of the above-entitled actions reveals that they are related within the meaning
2 of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the
3 same event, the same questions of fact and the same questions of law, and would therefore entail
4 a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the
5 matters to the same judge is likely to affect a substantial savings of judicial effort and is also
6 likely to be convenient for the parties.
7    IT IS THEREFORE ORDERED that the action denominated 2:21-cv-02294-KJM-KJN is
8 hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson for
9 all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.
10 Henceforth, the caption on documents filed in the reassigned case shall be known as 2:21-cv-
11 02294-TLN-JDP.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate
12 adjustment in the assignment of civil cases to compensate for this reassignment and issue.
13    IT IS SO ORDERED.
14 **DATED:  January 4, 2022**

_____
Troy L. Nunley
United States District Judge