|   |   |
|---|---|
| Ma Rosario Bueno Zaragoza, et al., | 2:21-cv-02294-TLN-JDP |
| Plaintiff, | ORDER CONSTRUING THE PARTIES' FILING AS A MOTION AND GRANTING AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT |
| v. |   |
| Jeffrey W. Lynch, et al., |   |
|   | ECF No.10 |
| Defendants. |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

On February 15, the parties entered into a stipulation to permit defendant Lynch to file his responsive pleading to the first amended complaint. ECF No. 10. The court construes this filing as a motion and grants it for good cause shown.

I note that the stipulation incorrectly states that no scheduling order has yet issued in this case. Judge Nunley entered a scheduling order on January 5. ECF No. 6. The extension that I am now granting does not change the deadlines in that order.

IT IS SO ORDERED.

Dated: __February 17, 2022__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE