ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7666
  Fax: (916) 324-5205
  E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants Garland, Jordan, Lieber,
Chavez, Sykes, Gomez, Carothers, and Lynch*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ZARAGOZA, et al.,<br><br>                        Plaintiffs,<br><br>       v.<br><br>LYNCH, et al.,<br><br>                        Defendants. | 2:21-cv-02294 TLN-JDP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:          May 19, 2022<br>Time:         2:00 p.m.<br>Courtroom: 2<br>Judge:        Hon. Troy L. Nunley<br>Trial Date:  Not Set<br>Action Filed: December 10, 2021 |

**TO THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on May 19, 2022, at 2:00 p.m. in Courtroom 2 of the United States District Court for the Eastern District of California, Sacramento Division, or at a date and time ordered by this Court, Defendants move, under Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing Plaintiff's Second Amended Complaint in part. Dismissal is warranted because the Second Amended Complaint's First, Second, Third, Fourth, Fifth, and

1

Defs.' Not. Mot. & Mot. Partially Dismiss Second Am. Compl. (2:21-cv-02294 TLN-JDP)

Seventh Causes of Action fail to state cognizable claims against Defendants, and the Second Amended Complaint improperly raises claims against Doe Defendants.

This motion is based on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, all pleadings and papers on file in this action, and such other matters as the Court may deem appropriate.

Dated:  April 15, 2022            Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
BRIAN S. CHAN
Deputy Attorney General

*/s/ David E. Kuchinsky*
DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants*
*Garland, Jordan, Lieber, Chavez, Sykes,*
*Gomez, Carothers, and Lynch*

SA2022300303
36086046.docx

2

Defs.' Not. Mot. & Mot. Partially Dismiss Second Am. Compl.  (2:21-cv-02294 TLN-JDP)

# CERTIFICATE OF SERVICE

Case Name:   *Zaragoza, et al v. Lynch, et al.*        No.    **2:21-cv-02294 KJM KJN**

I hereby certify that on April 15, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO PARTIALLY DISMISS THE SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 15, 2022, at Sacramento, California.

| Francina M. Stevenson | */s/ Francina M. Stevenson* |
|:---:|:---:|
| Declarant | Signature |

SA2022300303
36092973.docx