LAW OFFICES OF CLAUDIA C. BOHORQUEZ
A Professional Corporation
Claudia C. Bohorquez, Esq. SBN 150647
5670 Wilshire Blvd., Suite 1800
Telephone: (323) 978-6637
Facsimile: (323) 648-6761
cbohorquez@bohorquezlawgroup.com

Attorney for Plaintiffs
MA ROSARIO BUENO ZARAGOZA,
ESTATE OF LUIS GIOVANNY AGUILAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, as an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza, <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY W. LYNCH, an individual; DANIEL GARLAND, an individual, MARCUS JORDAN, an individual, WILLIAM LIEBER, an individual, HENRY CHAVEZ, an individual, DESMOND SYKES, an individual, JOSE GOMEZ, an individual, JAMES CAROTHERS, an individual, <br><br> Defendants. | CASE NO.: 2:21-CV-02294-TLN-JDP <br><br> (Related to Case No.: 2:21-CV-01890-TLN-JDP) <br><br> **STIPULATION AND ORDER TO STAY BRIEFING ON PENDING 12(b)(6) MOTION TO DISMISS PLAINTIFF BUENO-ZARAGOZA's SECOND AMENDED COMPLAINT** |

WHEREAS on April 15, 2022, Defendants filed a Motion to Dismiss Plaintiff MA ROSARIO BUENO ZARAGOZA's Second Amended Complaint herein pursuant to F.R.C.P. 12(b)(6). (ECF 27); and

1    WHEREAS the hearing date is on June 2, 2022; and

2    WHEREAS Plaintiffs' Opposition to the motion is due on Friday, April 29, 2022; and

3    WHEREAS Plaintiffs will seek to file a Third Amended Complaint based on the issues raised

4    in the motion and other newly discovered facts; and

5    WHEREAS counsel are currently discussing the proposed amendment and a stipulation to

6    allow the proposed amendment; and in order to avoid unnecessary motion practice;

7    THE PARTIES HEREBY STIPULATE as follows:

8    1.  That briefing on the pending Motion to Dismiss (ECF 27) be stayed until May 10, 2022,

9    pending the ongoing discussions regarding the proposed amended complaint.

10    2.  If a stipulation among the parties agreeing to the filing of a Third Amended Complaint is

11    not filed and approved by the Court by May 10, 2022, Plaintiff's Opposition to the pending Motion to

12    Dismiss shall be filed by May 12, 2022; and a Reply thereafter by Local Rule, if any.

13    IT IS SO STIPULATED.

14    Dated:  April 28, 2022          LAW OFFICES OF CLAUDIA C. BOHORQUEZ

15

16                                   By: ___/s/ Claudia Bohorquez_____
                                         Claudia C. Bohorquez, Esq.
                                         Attorneys for Plaintiffs

17
      Dated:  April 28, 2022          ROB BONTA,
18                                    Attorney General of California
                                      JON ALLIN
19                                    Supervising Deputy Attorney General

20
                                     By: ___/s/ David Kuchinsky_____
21                                       David E. Kuchinsky, Esq.
                                         Attorneys for All Defendants

22

23

24
                                          2

1

**ORDER**

2    IT IS SO ORDERED.

3

4    Dated: April 29, 2022

Troy L. Nunley
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO STAY BRIEFING ON DEF. 12(b)(6) MOTION