LAW OFFICES OF CLAUDIA C. BOHORQUEZ
A Professional Corporation
Claudia C. Bohorquez, Esq. SBN 150647
5670 Wilshire Blvd., Suite 1800
Telephone: (323) 648-6761
Facsimile: (323) 978-6637
cbohorquez@bohorquezlawgroup.com

Attorney for Plaintiffs
MA ROSARIO BUENO ZARAGOZA,
ESTATE OF LUIS GIOVANNY AGUILAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, as an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY W. LYNCH, an individual; DANIEL GARLAND, an individual; MARCUS JORDAN, an individual; WILLIAM LIEBER, an individual; HENRY CHAVEZ, an individual; DESMOND SYKES, an individual; JOSE GOMEZ, an individual; JAMES CAROTHERS, an individual,<br><br>Defendants. | CASE NO.: 2:21-CV-02294-TLN-JDP<br><br>(Related to Case No.: 2:21-CV-01890-TLN-JDP)<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |

WHEREAS:

1. On December 10, 2021, Plaintiff MA ROSARIO BUENO ZARAGOZA, individually and as successor-in-interest of the ESTATE OF LUIS GIOVANNY AGUILAR, ("Plaintiff") filed her

original Complaint alleging constitutional violations under 42 U.S.C. §1983 against the defendants in this action;

2. On January 27, 2022, Plaintiff amended her complaint as a matter of course and filed a First Amended Complaint against the defendants in this action;

3. On March 25, 2022, this Court approved the parties' stipulation to file a Second Amended Complaint (ECF 24);

4. On April 15, 2022, defendants filed a Motion to Dismiss the Second Amended Complaint (ECF 27);

5. On April 29, 2022, this Court stayed briefing on the Motion to Dismiss pending counsel discussions regarding amending the Second Amended Complaint, and further ordered that any stipulation to allow such amendment be filed by May 10, 2022 (ECF 30); and

6. Counsel have met and conferred regarding the proposed amendment and defense counsel consents pursuant to FRCP 15(a)(2) to the filing of the Third Amended Complaint to add defendants Eric Baker, Matthew Saavedra, David Calderon, Phillip Brennfleck, Guillermo Herrera, and further allegations in order to avoid unnecessary motion practice;

THE PARTIES HEREBY STIPULATE as follows:

1. Plaintiff shall have leave to file a Third Amended Complaint which shall add further allegations and defendants (Eric Baker, Matthew Saavedra, David Calderon, Phillip Brennfleck, Guillermo Herrera) upon entry of the Court's Order approving this stipulation.

2. Defendants' responsive pleading shall be due 21 days after the Third Amended Complaint is filed.

3. The Third Amended Complaint shall be deemed filed as of the date it is filed and

///

transmitted via the CM-ECF system.

   IT IS SO STIPULATED.

Dated:  May 10, 2022          LAW OFFICES OF CLAUDIA C. BOHORQUEZ

                              By:   /s/ Claudia C. Bohorquez
                                   Claudia C. Bohorquez, Esq.
                                   Attorney for Plaintiffs MA ROSARIO BUENO
                                   ZARAGOZA individually and as successor-in-
                                   interest to ESTATE OF LUIS GIOVANNY
                                   AGUILAR

Dated:  May 10, 2022          ROB BONTA,
                              Attorney General of California
                              JON ALLIN
                              Supervising Deputy Attorney General


                              By:    /s/ Brian Chan
                                   Brian Chan, Esq.
                                   David Kuchinsky, Esq.
                                   Attorneys for Defendants JEFFREY W. LYNCH,
                                     DANIEL GARLAND, MARCUS JORDAN,
                                     WILLIAM LIEBER, HENRY CHAVEZ,
                                     DESMOND SYKES, JOSE GOMEZ, JAMES
                                     CAROTHERS


**ORDER**

IT IS SO ORDERED.

Dated: May 11, 2022

                                   _____
                                   Troy L. Nunley
                                   United States District Judge