1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7                 SACRAMENTO DIVISION

8

| | |
|---|---|
| **MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,**,<br><br>Defendants. | Case No. 2:21-cv-02294 TLN-JDP<br><br>**ORDER** |

18      The Court has reviewed the parties' joint motion to modify the initial pretrial scheduling

19   order and the joint stipulation and finds that good cause exists to modify the initial pretrial

20   scheduling order as follows:

21      1.    Non-expert discovery deadline – **October 2, 2023**

22      2.    Expert disclosure deadline – December 1, 2023

23      3.    Supplemental discovery deadline – February 28, 2024

24      4.    Dispositive motion deadline – March 29, 2024

25      **IT IS SO ORDERED**

26

27   Dated: April 10, 2023                                    _____
                                                              Troy L. Nunley
28                                                            United States District Judge

                                         1