Claudia C. Bohorquez, Esq. (SBN 150647)
LAW OFFICES OF CLAUDIA C. BOHORQUEZ
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Telephone: (323) 648-6761
Facsimile: (323) 978-6637
Email: ccblawyer@gmail.com; cbohorquez@bohorquezlawgroup.com

Attorneys for Plaintiffs
MA ROSARIO BUENO ZARAGOZA,
ESTATE OF LUIS GIOVANNY AGUILAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, as an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY W. LYNCH, an individual; DANIEL GARLAND, an individual; MARCUS JORDAN, an individual; WILLIAM LIEBER, an individual; HENRY CHAVEZ, an individual; DESMOND SYKES, an individual; JOSE GOMEZ, an individual; JAMES CAROTHERS, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-02294-TLN-JDP<br><br>(Related to Case No.: 2:21-CV-01890-TLN-JDP)<br><br>**PLAINTIFF MA ROSARIO BUENO ZARAGOZA'S NOTICE OF NON OPPOSITION TO MOTION TO QUASH SUBPOENA BY DURRELL ANTHONY PUCKETT** |

Plaintiff, MA ROSARIO BUENO ZARAGOZA, hereby files statement of non-opposition to Durrell Anthony Puckett's Motion to Quash Subpoena.

Date: September 14, 2023          LAW OFFICES OF CLAUDIA C. BOHORQUEZ

                                  By: _____
                                       Claudia C. Bohorquez, Esq.
                                       Attorneys for Plaintiffs

**1**
NOTICE OF STATEMENT OF NON-OPPOSITION TO MOTION TO QUASH SUBPOENA

CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On September 14, 2023, I served a true copy of the foregoing document(s) entitled, **"PLAINTIFF MA ROSARIO BUENO ZARAGOZA'S STATEMENT OF NON-OPPOSITION TO MOTION TO QUASH SUBPOENA BY DURRELL ANTHONY PUCKETT"** in the manner checked below:

[X] Email.  By electronic transmission to the following:

David E. Kuchinsky, David.Kuchinsky@doj.ca.gov
Brian Chan, Brian.Chan@doj.ca.gov
Mark A. Redmond, mr@markredmondlaw.com
Kresta Nora Daly, kdaly@barth-daly.com

Executed on this 14th day of September, 2023, at Beverly Hills, California.

[ ] U.S. Mail.  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _____, California.
Executed on this ____ day of _____, 2023 at Los Angeles, California.

[ ] Personal Service.  By personally delivering it to the person (s) indicated below in the manner as provided in FRCP 5(b).

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 14th day of September, 2023, at Beverly Hills, CA.

_____
Claudia Bohorquez