United States District Court

Eastern District Of California.

MR. CODO. R. TAYLOR CDC. AP. 200,
C.H.C.F. @ Stockton Health Care Fac.
P.O. Box # - 32110 . B8B-127
Stockton. CA. 95213.

Case I #°: 2:21-CV-02294-TLN-J

Mr. Rosario. Bueno. Zaragoza

Vs _th

Jeff. Lynch. Et. Al

**FILED**

SEP 2 5 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Motion _To Request For An
Injunction _Or Declaratory Judgement
Or What This Court Fills Nessary.


_____ Yo Oor Honor My Name Is Mr. Codo. R. Taylor. CDC # AP 200X. Im Over The Age Of #1
And Am Not A Direct Party In The Case Above. Im Currently Residing
In (C.H.C.F) California Health. Care Facility _ In Stockton California.

_____ I'v Recently Been Issued A "Subpoena"_ With An Court Order To
Partispate In A Oral Deposition _ On Or Around 10-2-2023. (11:00 A

_____ Yo Oor Honor _ Please Allow Me Too Exspress My "Life Threatning"
Concerns! Bare With Me As I Do My Best _ I Instantly Contacte
The Attorney General "David. K" _ Handleing The Case Above And I
Exspressed Alot Of Concern _Alot Of Facts _ Etc.
David Kochinsky Contiued To Exsplain _ That The Confidential
_ Letters I Sent To Defendant Jeff. Lynch _Re: My Safty Concerns
Back In 2020. 2021 _ At CSP. Sac _ That The Other 13# Defendants
Are Aware _____ Now Regaurdless If I Testify Or Not _
My Life Is In Danger _____ And Retaltion Is More Than
Likly _Going To Transpire _ Your Honor Allow Me To Do
My Best To Exsplain Why _____

1 or 4

# Facts Of Argument

(1) Your Honor I committed a homicide of an inmate. December 12th 2012 at CSP-SAC New Folsom. The inmates name is Luis Aguilar CDCR AE-4694. That murder had a STG "Security-Threat-Group-Nexus" to it — which in lame terms — Prison Gang vs Prison Gang violence. That is wat the above USC 1983 complaint regards — However as of now Im nott a party.

The situation in question, Is this Under Oath! Several officers assiated — aided my prison gang in the murder not all #13 Defendants but a few. Now at first An #ISU sergeant told me that since he is publicly testifying against his fellow officers — they were threating him — and he felt his life was in danger — Some sergeant Steele died, "Sucide" days prior to testifying. And another officer had a scuide. So there's alot — I reached out to Defendant Lynch (Warden) nothing — now I find out all staff are aware of my letters — staff are conected threw out the state via friends — and families. So now just what happen to the victum — I. Again can happen to me.

I have Life Your Honor — all time I recieve in prison — murders — and several att murders its a known fact state officers dont "Usually" kill them selves — but utilize prison gangs stil by money — or — contraband

I REFUSE TO DIE LIKE THIS AND CONSTENTLY
WORRIED IF STAFF ARE GONA RETALIATE.
I FEAR FOR MY SAFTY STATE WIDE___I FEAR IL
BE KILLED OR IL KILL AN STAFF OUT OF
PARANIORA? Your HONOR IN THE LAST DECADE
ON THESE LEVEL 4 PRISONS___IV SEEN SO MUCH
DEADLY ABUSE SEVERAL DOZENS OF MURDERS___AND
AT LEAST 35% ___BEHIND OFFICERS.

LOOK YOUR HONOR I MAKE OR BREAK THIS CASE.
I DON'T HAVE SHITT AGIANST THE few COPS___
BUT THE FAMILY DOSE DESERVE THE TRUTH.
I CAN PROVIDE PROOF___I WAS UNLOCK UNDER
THE CAMERA. WE DID SEVERAL TEST RUNS
WEEKS PRIOR___I WAS ON THE BLACK BOX
SECURITY DOE TO AN ATTEMPT MURDER I DID
A MONTH OR SO PRIOR___BUT I HAVE PHOTOS
OF ALL THAT STILL LOCK WITH A PAID LOCK___
PROVING I WAS LEFT UNLOCKED___NOT TO
MENTION IL PASS A POLY GRAPH AND THE
FEW OFFICERS WILL NOT___So THIS WAS ALL
PUBLICLY ISSUED IN THE SACRAMENTO BEE
NEWSPAPER. AND N.P.R RADIO NEWS___
WITH AN INTERVIEW BY SUKEY LEWIS
NPR NEWS SANFRANSICO___
I HAVE VITAL DETAILS___THE F.B.I TRYED TO
INTERVIEW___I WANTED TOO___BUT OUT OF FEAR
I REFUSED___I TOOK A 102 YEAR PLEA INSTANTL
TO AVION THIS EVENDENCE COMMING OUT___
AND MY LIFE BE TOOKEN.

3 OF 4

Conclusion

Your Honor _ I Refuse to Purjury my self_
I practice civial law _ And respect it
too much. However your subpoed a putts
me in a postion to be killed _ And or
retalied argianst_ maybe tomarro_ or
in 15 years _ And possiviely me killing
an officer out of fear of my safty_
Lastly; by doing so your placeing me in a
dangous sisoation with the ST6 prison gang
Im affilated with_

Im nott to sure if your aware of had or wat
goes on in level 4 prisons? _ But its life or
death_ I diont create this race _ Im only
30 years old trying to wake up another
day _ As a judge I assume you dont believe
me _ And we all pieces of shitt butts
thats far from reanity_ I only imagine
you cant believe your officers of the
prison you send people too_ However it
was and still is wat it is_

I would like to help you see the truth_
I would like the family to know I had to do
wat I had to do to sorvive_ He would of?
did the same_ your own a suspect or victom
they deseve the truth_ But I need to
have help from your court to be housed
some were safe_ were I dont know_
But Im outside CDCR_ or something_

9.21.23  Cory Taylor AP2001.

_____ I CODY TAYLOR DECLARE UNDER PENITY of
PORJURY THAT THE forGOING IS TRUE AND CORRECT
I PLACED A COPY OF THE MOTION _ REQUST FOR
An INJCTION _ JUDGMENT _ for SAFTY _
REPLY OF SUDPOEMA MANDATE 10-2-23 I PLACED
IN THE POSTAL FIRST CLASS MAIL WITH PAID
POSTED _ FROM _ C.H·CF_STOCKTON·CA·95213
PO BOX 32110·B8·127 _ ADDRESSED TOO JUDGE
TROY VINLEJ AT SACRAMENTO DISTRICT COURT
OF CALIFORNIA _ 501·I·STREET SUITE·4-200
SACRAMENTO CA 95814·2322 _ ON·SEPTEMBE
21st, 2023 _____

I DECLARE THAT ALL OF THE ABOUE IS TRUE
AND CORRECT _ I WASN'T ABLE TO SEND A COPE
TO THE ATTORNEY GENERAL IN THE ABOUE
CASE _ DUE TO IT BEING THRUSDAY _ AND NO
ABILITY TO MAKE COPYS _ AND TIME IS
VITAL _ IM SORRY _ PLEASE EXSTEND
THE ABOUE TO HIM _ DAVID KUCHINSKY·
1300·I·STREET·SUITE #125 _ SAC·CA # 94244
2550·_ RESPECTFULLY _ SUMITTED
Cody Taylor·

/ OF /