Durrell Puckett #G-05549
P.O. Box 1050
Soledad, CA 93960

**FILED**
OCT 13 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BUENO ZARAGOZA, et al.,
   PLAINTIFF,
         v.
JEFFREY W. LYNCH, et al.,
   DEFENDANT

2:21-cv-02294-TLN-JDP

NOTICE TO COURT
CONFIDENTIAL WITNESS DURRELL PUCKETT FOR THE PLAINTIFF STATEMENT

I, ASK THE COURT THAT MY NAME AND COURT HEARING HAS NO DEALINGS WITH CODY TAYLOR AND ANTHONY RODRIGUEZ. THEY DELIBERATELY KILLED LUIS AGUILAR AND ALREADY THREATEN TO KILL ME PREVIOUSLY FOR CONTACTING OTHER PRISON STAFF ABOUT THE SET UP OF THE MURDER. I'VE WRITTEN PRISON GRIEVANCES TO BE KEPT AWAY FROM THEM BUT DENIED. I DO NOT NEED TO BE HEARD ON MY MOTION. ✱ I MOVE TO WITHDRAW IT, IN PARTAKE IN THE DEPOSITION ON BEHALF OF LUIS AGUILAR ESTATE. I HAVE KNOWLEDGABLE FACTS AND WILL TESTIFY IF CALLED AS A WITNESS. I DESIGNED THIS MOTION AS CONFIDENTIAL DO TO I DO NOT WANT CODY TAYLOR KNOWLEDGABLE OF MY PARTICIPATION AS HE IS A SECURITY THREAT GROUP PRISON GANG MEMBER, AN FEAR FURTHER THREATS AND RETALIATION. THANK YOU FOR THIS MATTER
FOR SAFETY REASON I ASK NOT TO HAVE A HEARING. I want deposition now
RESPECTFULLY SUBMITTED ON 10/8/23                     /s/ Durrell Puckett
                                              MOVANT MOTION OF
                                              WITNESS STATEMENT

I, Durrell Anthony Puckett cdcr G-05549 declare under penalty of perjury /s/ DP Rff 10/8/23 in Soledad, Ca