UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>JEFFREY W. LYNCH, *et al.*,<br><br>           Defendants. | Case No.  2:21-cv-02294-TLN-JDP<br><br>ORDER AFTER HEARING<br><br>ECF No. 51 |

   This case was before the court on November 2, 2023, for hearing on movant Cody Taylor's motion to quash.  ECF No. 51.  Attorney Claudia Bohorquez appeared on behalf of plaintiffs, attorney David Kuchinsky appeared on behalf of defendants, and Cody Taylor appeared pro se.

   For the reasons stated on the record, it is hereby ORDERED that movant's motion to quash, ECF No. 51, is denied.

IT IS SO ORDERED.


Dated:    November 2, 2023                              _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

1