IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02294 TLN-JDP<br><br>ORDER |

The Court has reviewed the parties' joint motion to modify the scheduling order for the limited purpose of deposing inmate-witness Cody Taylor and filing any motions and resolving any disputes that may arise during the deposition, as well as the parties joint stipulation and finds that good cause exists to modify the scheduling order as follows:

1. The parties may depose inmate-witness Cody Taylor within thirty days of this order;
2. The parties must file any motions relating to Taylor's deposition testimony within fourteen days of the deposition;
3. The expert disclosure deadline is extended to January 16, 2024;
4. The supplemental discovery deadline is extended to April 12, 2024; and
5. The dispositive motion deadline is extended to May 13, 2024.

**IT IS SO ORDERED**

Dated: November 13, 2023

Troy L. Nunley
United States District Judge