Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
David E. Kuchinsky, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
 Telephone:  (916) 210-7666
 Facsimile:  (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants J. Lynch, D. Garland, M. Jordan, W. Lieber, H. Chavez, D. Sykes, J. Gomez, J. Carothers, D. Calderon, E. Baker, G. Herrera, M. Saavedra, and P. Brennfleck*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,**,<br><br>Defendants. | Case No. 2:21-cv-02294 TLN-JDP<br><br>**DEFENDANTS' NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST INMATE-WITNESS CODY TAYLOR FOR FAILURE TO COMPLY WITH HIS DEPOSITION SUBPOENA**<br><br>Judge:         Hon. Jeremey D. Peterson<br>Trial Date:   TBD<br>Action Filed: December 10, 2021 |

**TO CODY TAYLOR AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** under Federal Rule of Civil Procedure 45, Defendants apply for an order to show cause why a contempt citation should not issue against inmate-witness Cody Taylor because of his refusal to comply with his deposition subpoena and this Court's orders.  Taylor failed to appear his deposition, which was noticed for December 4, 2023, after the Court denied Taylor's motion to quash the deposition subpoena.  Defendants also request that the

1

1  Court vacate the pending expert disclosure, supplemental disclosure, and dispositive motion
2  deadlines pending resolution of the order to show cause, as Taylor is a necessary and material
3  witness with unique testimony pertinent to the conspiracy and deliberate indifference claims in
4  this case, and defense counsel cannot adequately represent Defendants without deposing Taylor.

5       This motion is based on this notice and motion, the supporting memorandum of points and
6  authorities, the declaration of defense counsel and exhibits, the pleadings, records, and files in
7  this action, testimony at hearing, and such other matters as may be properly before the Court.

8  Dated: December 15, 2023

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/S/ DAVID E. KUCHINSKY*

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants J. Lynch, D. Garland, M. Jordan, W. Lieber, H. Chavez, D. Sykes, J. Gomez, J. Carothers, D. Calderon, E. Baker, G. Herrera, M. Saavedra, and P. Brennfleck*

SA2022300303
37740251.docx