# CERTIFICATE OF SERVICE

Case Name:  **Zaragoza, et al v. Lynch, et al.**     No.  **2:21-cv-02294 TLN-JDP**

I hereby certify that on December 15, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST INMATE-WITNESS CODY TAYLOR FOR FAILURE TO COMPLY WITH HIS DEPOSITION SUBPOENA**

- **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR FOR AN ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE; REQUEST TO VACATE DEADLINES; DECLARATION OF DAVID E. KUCHINSKY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 15, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Cody Taylor
California State Prison - Los Angeles
44750 60th Street West
Lancaster, CA 93536
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 15, 2023, at Sacramento, California.

|  Y. Pacheco  |  /s/ Y. Pacheco  |
|---|---|
|  Declarant  |  Signature  |

SA2022300303/37740437.docx