IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02294 TLN-JDP<br><br>ORDER |

The Court has reviewed the parties' January 10, 2024, joint motion to modify the scheduling order, as well as the parties' joint stipulation and finds that good cause exists to modify the scheduling order as follows:

1. The expert disclosure deadline is extended to April 17, 2024;
2. The supplemental discovery deadline is extended to July 11, 2024; and
3. The dispositive motion deadline is extended to **August 12, 2024**.

**IT IS SO ORDERED**

Dated: January 11, 2024

Troy L. Nunley
United States District Judge

1