UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>JEFFREY W. LYNCH, *et al.*,<br><br>                    Defendants. | Case No.  2:21-cv-02294-TLN-JDP<br><br>**ORDER**<br><br>DENYING DEFENDANTS' APPLICATIONS FOR AN ORDER TO SHOW CAUSE WITHOUT PREJUDICE<br><br>ECF Nos. 63 & 64 |

This case was before the court on February 15, 2024, for hearing on defendants' applications for an order to show cause for why third-party witness Cody Taylor should not be held in contempt for failing to appear at his deposition. ECF Nos. 63 & 64. Attorney Claudia Bohorquez appeared on behalf of plaintiffs, attorney David Kuchinsky appeared on behalf of defendants, and third-party witness Cody Taylor refused to appear.[1]

For the reasons stated on the record, it is hereby ORDERED that defendants' applications for an order to show cause, ECF Nos. 63 & 64, are denied without prejudice.

---

[1] A representative from California State Prison-Sacramento notified the court on the record that inmate Taylor refused to appear for the proceeding.

1

IT IS SO ORDERED.

Dated: __February 16, 2024__    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE