IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02294 TLN-JDP<br><br>ORDER |

The Court has reviewed the parties' June 10, 2024, joint motion to modify the scheduling order, as well as the parties' stipulation in support, and finds that good cause exists to modify the scheduling order as follows:

1. The expert disclosure deadline is extended to September 30, 2024;
2. The supplemental discovery deadline is extended to December 23, 2024; and
3. The dispositive motion deadline is extended to January 23, 2025.

**IT IS SO ORDERED**

Dated: June 11, 2024

Troy L. Nunley
United States District Judge

1