ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 210-7666
Facsimile: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants J. Lynch, D. Garland,
M. Jordan, W. Lieber, H. Chavez, D. Sykes,
J. Gomez, J. Carothers, D. Calderon, E. Baker,
G. Herrera, M. Saavedra, and P. Brennfleck*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,**<br><br>Defendants. | 2:21-cv-02294 TLN-JDP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 15, 2025<br>Time:   2:00 p.m.<br>Courtroom:   2 (15th Floor)<br>Judge:   The Honorable Troy L. Nunley<br>Trial Date:   To Be Determined<br>Action Filed:   December 10, 2021 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Defs' Not. of Mot. and Mot. for Summ. J.  (2:21-cv-02294 TLN-JDP)

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 15, 2025, at 2:00 p.m., in Courtroom 2, 15th Floor, of the Robert T. Matsui Federal Courthouse, located at 501 I Street, Sacramento, CA 95814, Defendants will move for an order under Rule 56 of the Federal Rules of Civil Procedure to grant summary judgment against Plaintiffs and for Defendants on all claims against Defendants Lynch, Calderon, Saavedra, Lieber, Herrera, and Chavez. Defendants will also move for summary judgment on Plaintiffs' Causes of Action One, Two, Three, Five, and Six as to Baker, Sykes, Chavez, and Brennfleck. Defendants will also move for summary judgment on all claims against Defendants Lynch, Calderon, Saavedra, Lieber, Herrera, and Chavez, and on Plaintiffs' Causes of Action One, Two, Three, Five, and Six as to Baker, Sykes, Chavez, and Brennfleck, based on qualified immunity.

This Motion is based on this Notice of Motion and Motion; Defendants' Statement of Undisputed Facts; the Memorandum of Points and Authorities; the declarations and exhibits attached in support of the Motion; the pleadings and records on file in this case; and such other matters as may properly come before this Court. Defendants met and conferred with Plaintiff by and through their respective counsel on several dates, including a formal meet-and-confer telephone call on January 13, 2025, and based on those efforts, the parties stipulated to the dismissal of Defendants Garland, Jordan, and Carothers and to the dismissal of Plaintiff's Seventh Cause of Action. However, the parties were unable to stipulate to the dismissal of any other defendants or causes of action, which necessitated Defendants' filing of this motion.

/ / /
/ / /
/ / /
/ / /
/ / /

2

Defs' Not. of Mot. and Mot. for Summ. J.  (2:21-cv-02294 TLN-JDP)

| | | |
|---|---|---|
| 1 | Dated: January 23, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | JON S. ALLIN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | **/s/ David E. Kuchinsky** |
| 7 | | |
| 8 | | DAVID E. KUCHINSKY<br>Deputy Attorney General |
| 9 | | *Attorneys for Defendants*<br>*J. Lynch, W. Lieber, H. Chavez, D. Sykes, J.* |
| 10 | | *Gomez, D. Calderon, E. Baker, G. Herrera,*<br>*M. Saavedra, and P. Brennfleck* |
| 11 | SA2022300303 | |

3

Defs' Not. of Mot. and Mot. for Summ. J. (2:21-cv-02294 TLN-JDP)

# CERTIFICATE OF SERVICE

Case Name:   **Zaragoza, et al v. Lynch, et al.**          No.   **2:21-cv-02294 TLN-JDP**

I hereby certify that on January 23, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

3. **DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

4. **DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT**

5. **DECLARATION OF DAVID E. KUCHINSKY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

6. **DECLARATION OF W. LIEBER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

7. **DECLARATION OF E. BAKER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

8. **DECLARATION OF J. LYNCH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

9. **DECLARATION OF P. BRENNFLECK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

10. **DECLARATION OF D. CALDERON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

11. **DECLARATION OF H. CHAVEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

12. **DECLARATION OF J. GOMEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

13. **DECLARATION OF G. HERRERA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

14. **DECLARATION OF M. SAAVEDRA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

15. **DECLARATION OF D. SYKES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 23, 2025, at Los Angeles, California.

| J. Sissov | /s/ J. Sissov |
|---|---|
| Declarant | Signature |

SA2022300303
67379238.docx