|   |   |
|---|---|
| 1 | |
| 2 | ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General<br>DAVID E. KUCHINSKY, State Bar No. 292861<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7666<br>Facsimile: (916) 324-5205<br>E-mail: David.Kuchinsky@doj.ca.gov<br>*Attorneys for Defendants J. Lynch, D. Garland, M. Jordan, W. Lieber, H. Chavez, D. Sykes, J. Gomez, J. Carothers, D. Calderon, E. Baker, G. Herrera, M. Saavedra, and P. Brennfleck* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,**<br><br>Defendants. | 2:21-cv-02294 TLN-JDP<br><br>**DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS IN SUPPORT OF DEFENDANTS' MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 15, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2 (15th Floor)<br>Judge: The Honorable Troy L. Nunley<br>Trial Date: To Be Determined<br>Action Filed: December 10, 2021 |

**PLEASE TAKE NOTICE** that, in compliance with Local Rule 133(j), Defendants have lodged with the Court courtesy copies of the deposition transcripts of Deon Green, taken on September 21, 2023 in Stockton, California, Anthony Rodriguez, taken on September 28, 2023, in Lancaster, California, and Roger A. Clark, taken on December 9, 2024, in Santee, California.

1

Excerpts of relevant portions of these deposition transcripts are attached as Exhibits A, B, and E to the Declaration of David E. Kuchinsky in Support of Defendants' Motion for Summary Judgment.

Dated:  January 23, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

**/s/ David E. Kuchinsky**

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants*
*J. Lynch, W. Lieber, H. Chavez, D. Sykes, J. Gomez, D. Calderon, E. Baker, G. Herrera, M. Saavedra, and P. Brennfleck*

SA2022300303