1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
3 | BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
4 | DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA  94244-2550
Telephone:  (916) 210-7666
7 | Facsimile:  (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
8 | *Attorneys for Defendants J. Lynch, D. Garland,*
*M. Jordan, W. Lieber, H. Chavez, D. Sykes,*
9 | *J. Gomez, J. Carothers, D. Calderon, E. Baker,*
*G. Herrera, M. Saavedra, and P. Brennfleck*

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | SACRAMENTO DIVISION

14

15

16 | **MA ROSARIO BUENO ZARAGOZA, an** | 2:21-cv-02294 TLN-JDP
**individual; ESTATE OF LUIS GIOVANNY**
17 | **AGUILAR, deceased, by his successor-in-** | **DECLARATION OF J. LYNCH IN**
**interest Ma Rosario Bueno Zaragoza,** | **SUPPORT OF DEFENDANTS' MOTION**
18 | **FOR SUMMARY JUDGMENT**
Plaintiffs,
19
**v.**
20
21 | **JEFFREY W. LYNCH, an individual, and**
**DOES 1 through 30, inclusive,**
22
Defendants.
23

24 | I, J. Lynch, hereby declare:

25 | 1.    I have personal knowledge of the facts set forth in this declaration.  I am competent to

26 | testify to the matters set forth in this declaration, and if called upon by the Court, I would do so.

27 | 2.    I am currently retired after working for more than thirty years at the California

28 | Department of Corrections and Rehabilitation (CDCR) in various capacities, from a correctional

1

officer to my last role as warden of California State Prison, Sacramento, which I was officially appointed to in 2020.

3.    In my capacity as warden, I was responsible for the overall operations of California State Prison, Sacramento, including implementing programs and directives from CDCR headquarters. I worked with other CDCR staff to develop and approve unit-specific operational procedures based on national correctional law standards and drawing from our correctional experience and those of our colleagues. I was not involved in day-to-day implementation or execution of policy, which I delegated to qualified staff.

4.    As warden, I served as chair of the institutional classification committee, which reviewed inmates' case factors and criminal, disciplinary and mental health histories, and consulted with various staff members and service providers on a regular basis to ensure that inmates at California State Prison, Sacramento were appropriately housed. I could recommend a change in housing for an inmate based on their disciplinary histories or change in mental health needs, which would be reviewed by a separate auditor and could impose or suspend a disciplinary term when an inmate was found to have committed a violation. I was not generally involved in the underlying disciplinary process.

5.    The LTRH unit was a security housing unit (SHU) that was activated at California State Prison, Sacramento, on September 19, 2019, and was designed to house inmates who had committed a disciplinary violation while in prison and had a SHU term imposed, but who were diagnosed with psychiatric disorders and required mental health care services on an outpatient basis or level of care, known as CCCMS, or Correctional Clinical Case Management System.

6.    California State Prison, Sacramento was responsible for housing inmates at a variety of levels of mental health care needs and disciplinary risks in different programs and physical buildings. As warden, I had no authority or control over an inmate's level of care, which was determined by his mental health clinician and treatment team.

7.    I was tasked with a directive from CDCR headquarters to open the LTRH program at California State Prison, Sacramento, and to develop an operational policy. There was a similar unit operating at California State Prison, Corcoran, but it was at maximum capacity and the

2

1   inmate-population needs required the opening of the LTRH unit at California State Prison,

2   Sacramento. The staffing package, the specific number and classifications of officers that would

3   be assigned to work the unit, was also determined at the headquarters level.

4          8.    I am familiar with and approved the operational policy for the LTRH, Operational

5   Procedure 046. The policy was developed to address any potential safety and/or security

6   concerns that inmates with mental health diagnoses and significant disciplinary problems pose,

7   while ensuring their access to programming and treatment. The policy was based upon CDCR's

8   operating guidelines and procedures and the recommendations and experience of correctional

9   staff and administrators, as well as mental health and other service providers to this unique inmate

10  population. The policy was also modeled on the existing LTRH unit at California State Prison,

11  Corcoran. Once the policy was finalized, I reviewed and approved it. Staff was required to

12  follow policy and run the LTRH according to the procedures outlined in Operational Procedure

13  046. A true and correct copy of Operational Procedure 046 is attached hereto as Exhibit A.

14         9.    Operational Procedure 046 required staff to take extensive and thorough measures to

15  maintain safety and security in the unit. No inmate was to be permitted out of their cell

16  unrestrained. To leave the cell, an inmate first had to submit to an unclothed body and cavity

17  search, a search by a metal detector, and then the application of restraints. They were then

18  escorted by at least two correctional officers to whatever programming or activity they had to go

19  to. I had no reason to believe that staff was not complying with these requirements.

20        10.   Staff in the LTRH was required to conduct welfare and security checks of each

21  inmate in each cell in the LTRH twice an hour, with no more than thirty-five minutes between

22  checks, including visually observing a living, breathing inmate free from obvious physical danger

23  and with no signs of damage or contraband in the cell, and to log each welfare check with an

24  electronic device. The policy also required regular cell searches to be conducted and supervisors

25  to ensure searches were being done. This required staff to enter each of the sections on a

26  continuous basis throughout each shift. I had no reason to believe that staff was not complying

27  with these requirements.

28

11.    Inmates in the LTRH received all of their meals and medication in their cells and were permitted to have personal property in their cells, including food, books and writing materials, legal property, and appliances, such as televisions, antennas, and radios.

12.    Inmates in the LTRH were offered a minimum of ten hours of yard time per week, which was conducted in individual exercise-yard areas. The inmates were subjected to an unclothed body search before leaving their cells, scanned with a metal detector, then restrained and escorted to the yard modules by multiple officers, and then searched and scanned with a metal detector before being returned to their cell. Inmates in the LTRH were also provided access to the law library and to therapeutic group activities on a weekly basis. The same search and restraint procedure applied to all out-of-cell inmate movement. I had no reason to believe that staff was not complying with these requirements.

13.    Unit policy and a recent order in the *Coleman* class-action lawsuit, mandated that inmates in the LTRH be offered three and a half hours per week of out-of-cell activity in the unit's dayroom area. Participation in dayroom was voluntary, but staff were mandated to offer it to each inmate in the unit.

14.    Inmates who chose to attend dayroom were subjected to an unclothed body search, restrained, scanned with a metal detector, and escorted down to the dayroom floor where they were secured in "restart chairs," metal desks that were bolted to the floor that had plexiglass dividers and restraint devices to secure the inmates to the chairs. The LTRH at California State Prison, Corcoran had successfully used restart chairs to provide inmates dayroom, and we used the same design and procedures. Use of the restart chairs was approved and mandated, and the unit was required to use them when offering inmates the mandatory out-of-cell time they were entitled to. I had no reason to believe that staff was not complying with these requirements.

15.    Inmates were secured to the restart chairs with a metal bar that locked around their leg restraints. Officers were trained and refreshed often on how to apply the restraints to the inmate and on how to secure the inmate to the restart chairs. Inmates in the dayroom were to be monitored by a control booth officer and the floor officers. I had no reason to believe that staff was not applying restraints or supervising inmates in accordance with policy.

4

16.     Inmate Aguilar was housed in the LTRH from on or about October 9, 2019, until his death on December 12, 2019.  Aguilar had been assessed a SHU term from an incident in January of 2018.  He also had been diagnosed with a mental health disorder and was a participant in CDCR's Mental Health Services Delivery System at the CCCMS level of care.  The LTRH was an appropriate housing assignment for him based on these case factors, and he was appropriately housed on December 12, 2019.

17.     I had no reason to think, and there was no documentation to suggest, that Aguilar was a known enemy of Taylor, Rodriguez, or Green before the incident on December 12, 2019.  I had never received any information that Taylor, Rodriguez, or Green intended to harm Aguilar, or that Aguilar had any concerns for his safety in the LTRH or in the dayroom.  Aguilar had never raised any safety concerns about Taylor, Rodriguez, Green, or any other inmate in the LTRH.  Nor had I received information from other inmates or staff indicating that Aguilar was at risk.  On December 12, 2019, I did not know or have any reason to know that Aguilar was at risk of harm from Taylor, Rodriguez, or Green.

18.     On October 10, 2019, Taylor and Rodriguez escaped restraints and attacked another inmate in the dayroom.  I was made aware of the incident, and others in which inmates had escaped restraints.  After that incident, the LTRH began to apply black boxes to the leg restraints that were being used.  The black boxes were an established, heightened-security measure that had long been used by correctional staff in settings where defeating mechanical restraints was a particular concern, such as during transport outside of a prison, and are designed to prevent access to the keyhole of the restraint, through which an inmate could disengage the locking mechanisms and defeat the restraints.

19.     Staff was trained on the application and use of the black boxes and the unit sergeant was required to be present when inmates were searched, restrained, and escorted to dayroom, to ensure that policy was being followed and restraints were being appropriately applied.  Based on the past effectiveness and established usage of black boxes to prevent escape from mechanical restraints, I believed these to be reasonable measures to address the risk that Taylor and Rodriguez could defeat the restraints while not depriving them of their mandated out-of-cell time.

5

20.     While confining inmates to their cells on a temporary basis is authorized by CDCR's general operating procedures, it was not practice to impose this as a sanction for disciplinary violations in the LTRH. CDCR was mandated through past and current litigation to provide out-of-cell time to inmates with mental health needs, and denying them that out-of-cell time through a disciplinary sanction contravened the purpose of the LTRH unit.

21.     Between October 10, 2019 and December 12, 2019, I was not aware of any further incidents in which Taylor and Rodriguez were able to escape their restraints, or any incidents in which they harmed another inmate. I did not receive any information or see any indication that they would try to escape from their restraints or that they were intending to harm another inmate.

22.     I was not aware of the incident on December 5, 2019, in which Taylor is on video defeating his restraints until after December 12, 2019. No one had communicated this information to me, and my understanding is that the video footage was located after December 12, 2019, while staff was looking for footage of an unrelated incident. Had I known about the December 5, 2019, incident, I would have ordered an investigation to determine how Taylor and Rodriguez were able to escape restraints and would have taken appropriate action based on the circumstances. Because I was unaware of the incident, I had no reason to impose any remedial measure between December 5, 2019, and December 12, 2019.

23.     Leading up to the incident on December 12, 2019, I had no reason to think that Aguilar was at risk of harm, or that Taylor and Rodriguez posed a substantial risk of harm to Aguilar. There had been no reports of issues between them from staff. I was not aware of and had no reason to think that the incident would take place. I did not know who was in the dayroom or who was involved until I received the information from staff.

24.     I was not an initial responder to the incident on December 12, 2019; however, I was notified when the incident occurred and responded to the LTRH, arriving once the incident had been contained. I also received and reviewed staff reports documenting the incident. Several months after the incident, I also received allegations from inmates Taylor, Rodriguez, and Green that staff were involved in facilitating the incident. In light of the nature of the allegations, I

6

1    forwarded the information to CDCR's Office of Internal Affairs.  I have no reason to think that

2    any staff member participated or facilitated the attack on Aguilar.

3

4

5

6    I declare under penalty of perjury that the foregoing statements are true and correct.

7    Executed: January 23, 2025, at Sacramento, California.

8

9

10    _____/s/ J. Lynch_____

11    J. Lynch

12    (Original retained by counsel.)

13

14    SA2022300303
      Zaragoza MSJ - Lynch Declaration.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

## I.   OP INFORMATION

OP No. 046
OP Title: Long Term Restricted Housing (LTRH)
Reviewed By: Facility B Captain
Review Month: July
Date of Last Review: July 2019

## II.   PURPOSE

The purpose of Operational Procedure 046 is to establish specific operational guidelines for the approved program within the Long Term Restricted Housing (LTRH) in B Facility, as mandated by the California Code of Regulations (CCR), Title 15, Division 3, Chapter 1; Rules and Regulations and California Department of Corrections Operations Manual (DOM). The objective of this procedure is to establish an Operational Procedure (OP) that clearly delineates the LTRH missions within B Facility 8 Block LTRH. To achieve this goal, the Mental Health Services Delivery System (MHSDS) procedures have been interfaced into this plan to ensure the overall function of the LTRH.

## III.   REFERENCES

California Code of Regulations, Title 15 and Department Operations Manual (DOM).
Coleman vs Brown Case#2:90-cv-00520-LKK-DAD

## IV.   REVIEW AND APPROVAL

This procedure will be reviewed and updated annually in the month of July by the B-Facility Captain, B Facility Associate Warden and submitted to the Warden for approval.

## V.   RESPONSIBILITY

A.   The Warden has the overall responsibility for this OP.

B.   The Chief Deputy Warden and the Associate Warden of B Facility are responsible for the administrative operation of this procedure.

C.   The Captain assigned to B Facility is responsible for full compliance within the LTRH.

## VI.   METHODS

A. Purpose of the Long Term Restricted Housing

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

The LTRH is designed for inmates whose conduct endangers the safety of others or the security of the institution. This specialized unit is designated for extended term programming of inmates not suited for general population as well as interfaced programs such as MHSDS, Communicable Infectious Disease/Human Immunodeficiency Virus Syndrome (CID/HIV).

B. Procedure

Housing will be per this procedure:

1. A Classification Staff Representative (CSR) endorsement and/or the Health Care Placement Oversight Program.

2. Alternate housing admission may be a:

   a) Layover temporarily being housed.

   b) A safe keeper

   c) A Warden-to-Warden agreement

   d) A court order

   e) Deputy Director; or

   f) Director placement

3. In all instances of this nature, the case will be reviewed by Initial Classification Committee (ICC).

C. Physical Admission into LTRH

1. All inmates will be escorted to LTRH in hand and leg restraints.

2. The inmate will be given an unclothed body search, conducted in a safe manner and in an area that allows the inmate to preserve some measure of dignity and self-respect. Two staff will be present to conduct the search. Any confiscated property will be inventoried and a receipt will be given to the inmate.

3. The inmate will be given a clean jumpsuit, handcuffed, removed from the holding cell, scanned with the hand-held metal detector, and escorted to his assigned cell.

4. Upon a LTRH inmate's admission into his assigned housing unit cell, the housing unit officer shall initiate an Inmate Segregation Record (CDCR 114-A) (Attachment A). Once unit staff have inspected and searched the cell as previously noted, the inmate will be housed. The following items will be issued to the inmate and noted on the 114A:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    a) 1 LTRH Unit orientation booklet
    b) 1 pillow
    c) 1 mattress
    d) 2 towel
    e) 1 pillowcase
    f) 2 sheets
    g) 1 blanket
    h) 1 bar of soap
    i) 1 envelope of cleanser (3 ounces)
    j) 1 roll of toilet paper
    k) 2 jumpsuits
    l) 3 pair of socks
    m) 3 pair of boxer shorts
    n) 3 t-shirts
    o) 1 toothbrush (handle cut to 2" maximum)
    p) 1 envelope of tooth powder (1 ounce)
    q) 1 dental floss (plastic tip cut)
    r) 1 palm comb
    s) 1 pen filler
    t) 1 white plastic spoon
    u) 1 paper cup

1. All LTRH inmates' property arriving by CDCR Transportation vehicle or arriving via any other means will be processed by the LTRH Property Officer.

2. The LTRH housing unit officer will enter the new arrival's name on the Isolation Logbook located within the block (CDCR Form 114/Attachment B is included as an example ONLY), identifying the cell number assigned and time of arrival to the unit and review the completed CDCR 114-A.

3. The LTRH housing unit officer will ensure the inmate's photograph is posted on the unit picture board. In lieu of a recent photograph, the inmate's name and number will be annotated on a tag and posted on the picture board in the Officer's Station and Control. There will be a name tag placed on the cell door containing the inmates name and CDCR# in order for staff to properly verify they are housing the appropriate inmate in the appropriate cell.

4. On the date of admission into LTRH, an inmate will be issued:

    • One Jumpsuit
    • Two T-shirts
    • Two pairs of boxer shorts
    • Two pairs of socks
    • One shoe request form
    • Two towels

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

- One tooth brush (LTRH approved)
- Tooth powder
- One cup
- One spoon
- One roll of toilet paper (center, cardboard roll removed)
- Two half bars of soap
- Two sheets
- Two blankets
- One pen filler
- Five sheets of writing paper

Note: The remaining compliment of clothing will be issued once the inmate is housed and the Clothing Shortage/Fish Slip (Attachment C) has been submitted to the facility clothing room.

5. Metered envelopes will be provided per DOM Section 54010.1, Inmate Mail.

D. Inmate Placement and Cell to Cell Movement

1. Initial cell placement for LTRH inmates will be based on the information obtained by the reviewing Lieutenant during the Inmate Housing Report as described.

2. The inmate will be allowed to retain all life-sustaining medications, durable medical equipment including but not limited to: ambulatory prosthetics metal prosthetics, and prescription glasses, after review and concurrence by the on duty LVN. All items retained by the inmate, will be recorded on his Inmate Segregation Profile CDCR 114-A1 (Attachment D).

NOTE: Inmates shall not be denied immediate access to prosthetic devices, unless there is documented evidence the inmate utilized the prosthetic appliance as a weapon or any other purpose other than design intent. Any restrictions or confiscations must be approved through the appropriate medical personnel and Facility Captain.

E. Developmental Disability Program (DDP)

1. All New Arrivals to LTRH (from inside and outside the institution) who are included in the DDP must be seen within 24 hours by a Psychiatrist/Psychologist to determine what special needs they have that require accommodation.

2. The evaluating mental health clinician shall complete the DDP New Arrival Contact Form and file it in the Electronic Unit Health Record (eUHR). The mental health clinician shall also provide a copy of the CDCR MH-7230L (Attachment E), Interdisciplinary Progress Notes – Developmental Disability Program, to the DDP Coordinator and to the Sr. Psychologist for LTRH.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

3.   Custody staff shall ensure a CDCR 128-C3 Medical Classification Chrono (Attachment F) prompt sheet is present in the housing unit. Refer to OP 105 for specific DDP program information.

F.   Procedures to be Followed During Classification

1.   Departmental Double Cell/Single Cell and yard placement criteria will be followed. Upon review of the case factors, the inmate will be informed of the departmental Use of Force Policy.

2.   SAC LTRH has one yard group designation identified as Individual Exercise Yard (IEY).

3.   Inmates designated as members/associates of recognized Security Threat Groups (STG) requesting to debrief, will be referred to the Institution Gang Investigator's (IGI) office. The inmate will be placed on "single cell/walk alone" status pending IGI review and ICC action.

4.   Any and all other changes in yard group designation shall be by ICC only.

5.   When an inmate is moved from one secured housing unit to another, he/she will continue their IEY status in his/her new housing unit. They will be referred to ICC if an alternative yard placement is necessary.

CDCR Forms 114, CDCR 114-A and CDCR 114A-1 are to be used to record the movement or activities of custodial, medical, maintenance, official visitors and inmates. As these forms are legal documents, all *entries shall be accurate and legible.* All *errors will be corrected by single line strikeouts and initialed by the correcting person. At no time will correction tape, white out, or any other form of correction, which obliterates the original entry, be used.*

G.   Isolation Log Book CDCR Form 114

1.   When an inmate enters LTRH for purposes of housing, his name, CDCR number, date, time, and the cell he is being assigned to will be neatly printed in the designated place in the logbook.

2.   All inmate movement will be recorded in this logbook. If an inmate is escorted to dental, medical, visiting, or inter-unit movement (cell change); it will be noted in the Isolation Logbook.

3.   All correctional staff assigned to the LTRH unit will sign in and out of the logbook, under "Officer's Roster" on the right side of the book.

4.   The medical staff, when entering the LTRH unit, will sign the logbook in the section titled "Doctor's Roster." The time they enter and the time they leave the unit will be logged.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

5. All personnel or visitors entering the unit will sign the logbook in the designated place titled "Official Visitors." They will also note the time entered and the time they leave.

6. The Isolation Log will be initiated daily by First Watch staff. First Watch staff will enter the inmates names, CDCR number and housing accurately. They shall ensure correctness in date, housing, spelling, and correct CDCR number.

H.    Inmate Segregation Record CDCR Form 114-A,

The CDCR 114-A is a daily chronological record of an individual inmate's activities in LTRH. All significant information relating to the inmate, during the course of his assignment in LTRH, from reception to release will be entered on the form in chronological order. A CDCR 114-A will be maintained on each inmate housed in LTRH. Officers shall maintain accurate CDCR 114-A files on all inmates within their assigned area. The CDCR 114-A's will be initiated and used in the following manner.

Form Header
1. DATE: Date inmate was initially received by SAC LTRH Facility

2. NUMBER: Inmate's full and complete CDCR prison number

3. CELL: Enter inmate's cell location in full, facility, housing unit, cell (*08-101*), bed (*upper* or *lower*).

Record of Daily Activity
1. DATE: Actual date that activities or action occurred or were afforded.

2. Appropriate Symbols to be used in columns 1 through 15:

    - *X*  Item completed (applicable to; cell inspection, shower, supplies, all meals and trash removal)
    - *R*  Refused
    - *Q*  Confined to Quarters
    - *N*  Pending ICC, UCC, Review
    - *L*  Linen exchange
    - *C*  Clothing exchanged
    - *B*  Blankets exchanged
    - *S*  Lockdown/security, inclement weather
    - *Time Out To Yard and Time In From Yard ( Last two columns14 & 15)*

3. All entries within the columns utilizing symbols *R*, *Q*, or *S* will be accompanied with an explanation in the "Staff Comment Section", i.e.: refused yard due to weather, sick; refused lunch not hungry, food strike; refused to step to back of cell; confined to quarters due to date of incident; confined to quarters due to search of facility; etc.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

4. Staff Comments
   The area denoted as staff comments will be used to record the following:

   a) Medical/Dental
      - Time of visit
      - Issuance of medication
      - Seen by LVN, Psychiatrist, Doctor, etc.
      - Issued medications

   b) Visits = Time out and return from visit

   c) Law Library = Time out and return from Law Library

   d) Classification Committee Action = Entered by Class. Committee

   e) Canteen = Indicate time of issuance

   f) Maintenance = Time and type of repair

   g) Cell Search = List of confiscated items

   h) Cell Move = Time and cell inmate was moved to

   i) Property = Issued property

   j) Supplies = Specifically list supplies issued

   k) Clipper (*hair, face, finger-nail and toe-nail*) = Note issuance and return

   l) Interview = All behavioral counseling will be logged and purpose of interview.

   m) Disruptive Behavior = All acts of misbehavior will be recorded.

   n) All documents served (CDCR 115, etc.)

   o) Disciplinary Hearing Results.

   p) Interviews, inmate appeals etc.

5. Maintenance of CDCR Form 114-A; Isolation Folders

   a) Upon receipt of an inmate into the housing unit, a CDCR Form 114-A folder will
      be prepared for the maintenance of all documents relating to the inmate's custody,
      behavior, and cell. The folder shall be maintained in the Block Officer's Station.
      ***NOTE:*** All Exhibit B forms will remain in chronological order within the folder.
      This form is not to be purged with the CDCR Form 114-A. There will be an
      Exhibit B complete anytime an inmate moves in or out of a cell.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

6. Purging, Storage and Routing of CDCR 114-A Records
Second Watch Block staff is vested with the responsibility of purging the CDCR 114-A folders every six months. The purging shall be as follows:

a) On the first day of every month, Floor Block Officers will purge appropriate CDCR 114-A forms from the CDCR 114-A folders, leaving the last six months of records in the folder.

b) The purged CDCR 114-A forms will be maintained in chronological order and placed into a manila folder, and secured with a clasp. The inmate's name and CDCR number will be clearly printed on the outside of the folder.

c) The folders containing the purged CDCR 114-A's shall be collected and delivered to records by the Second Watch staff.

I.   CDCR Form 114 A-1, Inmate Segregation Profile

On the date of an inmate's arrival to SAC LTRH placement, a review of the inmate on SOMS, and or ERMS File will be performed by the Housing Sergeant receiving the inmate and or Watch Commander if the inmate is received during First Watch. The reviewing supervisor will complete a CDCR Form 114 A-1 for each inmate received and ensure every box and section is completed. The Facility Captain will make random reviews of CDCR 114 A-1's to ensure they are being updated every 90 days.

J.   SOMS, Initial Housing Review

This form is to be completed by the Lieutenant or Sergeant on all inmates being housed into LTRH. The Facility Sergeant or higher-ranking staff will review and screen SOMS and ERMS file of all inmates transferring into the LTRH for proper placement and housing assignment.

K.   Searches

1.   Cell Searches/Inspection of LTRH

Prior to an inmate's placement into a cell or departure from the unit, a search of the cell will be conducted with cell conditions and discrepancies annotated on a Cell Search Exhibit B (Attachment G.) During all cell searches, the universal precaution policy will be followed. When a cell move occurs, both inmates entering and exiting the cells will be fully searched, including all property and unclothed body search. The following areas will be searched:
  • Cell Light and Light Switch
  • Cell Windows
  • Cell Door/Food Port
  • Cell Sink and Cell Toilet

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

- Mattress and Pillows
- All Walls and Floors

2. A metal detection wand will be used to search all non-metallic items within the cell.

3. A minimum of three cell searches will be conducted per shift. No cell will go an entire month without being searched at least once.

   a) Inmates will be issued a Cell Search Worksheet (Attachment H) for all items confiscated during a search.

   b) The Unit Sergeant will be notified immediately of any confiscated items that constitutes a threat to the safety of staff, inmates, and/or the security of the institution. If the discovery results in the issuance of a Rules Violation Report or a Counseling Chrono (CDCR 128-A), this documentation will serve as the inmate's receipt.

4. Unclothed Body Searches of LTRH Inmates

   a) All LTRH inmates prior to exiting the cell, inclusive of yard release and classification, will submit to an unclothed body search.

   b) Care is to be taken in the course of the body search, ensuring a comprehensive visual inspection of the inmate's entire body inclusive of all body cavities, hair, and extremities. All oral and physical prosthetic appliances must be removed and physically examined and searched prior to being returned to the inmate.

5. Yard Searches

   a) The yard and sally port doors will be inspected for proper operation and structural integrity on each Watch (*beginning and ending*). This inspection includes testing of the control booths electronic door operation, inclusive of proper operation of the override function. The Unit Sergeant must be notified of any discrepancies immediately. The Unit Sergeant shall ensure all yard searches are logged in the Unit Isolation Log Book.

   b) The yard sink and toilet will be inspected for proper operation.

   c) Yard sally ports, concrete yards, and exercise modules shall be searched (*fencing/straps*) for missing material, weapons and contraband, prior to initiating yard release of any and all yard groups without exception. These inspections will be logged in the Unit Isolation Log Book. The first line supervisors shall ensure the completion and documentation of these searches and inspections.

6. Common Areas

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

All common areas accessible or used by inmates, (i.e., showers, tiers, etc.), shall be searched/inspected on a daily basis and logged in the Unit Isolation Log Book and Daily Housing Unit inspection form on both Second and Third Watch.

7. Unit Securities/ Inmate Wellness Checks

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare check on each cell, twice an hour, not to exceed 35 minutes between checks (refer to Operational Procedure #35 Guard One Security/Welfare Check Procedure Guideline.)

A Security/Welfare Check is defined as a personal observation, by a correctional officer, of the welfare of the inmate and the security of the cell, in which an inmate is housed in ASU, LTRH, or Psychiatric Service Unit (PSU), to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to the button that is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time. During times when an inmate is out of his assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

In the event Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff and submit a Remedy Service Request. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment I).

L. Inmate Property

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

1. All personal and legal property items of inmates assigned to LTRH will be issued and handled pursuant to SAC OP 02, Inmate Property, Article 43 of the DOM, and the Authorized Personal Property Schedule.

2. State Clothing/Bedding/Personal Property Limits
   a) State Clothing/Bedding: Each inmate assigned to LTRH will be issued the following state clothing and bedding items in quantities as listed:
      - 2 Jumpsuit
      - 3 Socks
      - 3 Underwear
      - 3 Undershirts
      - 1 Pair State Shoes
      - 2 Towels
      - 1 Jacket (Issued upon release to yard and returned at yard recall-November 31-March 31)

   b) Bedding:
      - 1 Mattress
      - 2 Sheets
      - 2 Blankets
      - 1 Pillow
      - 1 Pillowcase

   c) Property Limits:

      Appliances and Electronic Devices (Either television, radio, or television/radio combination)
      - Television--Description:  13" or less. Clear case only, no remote controls. Must be manufactured with earplug jack. Antenna must be removed. Value of TV not to exceed $300. No Coaxial Adapter, No AC Adapter, non-detachable cord.
      - 1 Digital Antennae--Description:  Artec Digital Antenna (Item 51556010N)
      - 1 Radio-- Description:  electrical only. Must have non-detachable cord. Portable AM/ FM with built in antenna and earplug jack. Value of radio not to exceed $150.

      **NOTE FOR ALL APPLIANCES-**They must be manufactured without recording capabilities; no alterations are permitted. **NO BATTERIES ALLOWED IN LTRH.** No adapters allowed.

      An inmate housed in LTRH may receive or order only one of the two appliances listed. Personal Hygiene/Body Care: Refer to LTRH Canteen and Annual Package lists.

   d) Food Items: Refer to LTRH Canteen and Annual Package lists.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    e)  Miscellaneous Items:
- 10 Newspapers, Books, Magazines, Legal/Religious/Educational (combined, paperback only – staples removed)
- 20 Letters, excluding legal (staples and stamps removed)
- 14 Pen Filler (colored)
- 4 Legal Paper/Writing Tablet (No spiral bound)
- 15 Envelopes (10 blank, 5 metered, combined)
- Prescription Glasses
- 1 Palm Comb
- 1 Soft Back Dictionary
- 1 Soft Back Bible
- 1 Soft Back Address Book (3 x 5)
- 1 California Code of Regulations, Title 15 (no staples, no paper clips)
- 1 Roll of Toilet Paper
- 1 Paper Bag for Trash

**NOTE**: Tobacco products and flame-producing devices are prohibited. Books may not depict or instruct the manufacture or use of explosive devices, firearms, dangerous weapons, or fighting techniques. Property in excess of limits will be confiscated and disposed of per institutional procedure. **NOTE** for all clothing-no zippers, hoods, logos, emblems, names or design. No silk or velour materials. No slingshots or fishnet design. No pockets.

    f)  Legal Property:

      1.  Legal materials consisting of any inmate's own trial transcript, legal pleadings, legal research notes, and attorney-client communications, in excess of the six cubic feet limit, may be retained in the inmate's un-issued property. The property must be indexed by the inmate and will be stored in a secure place in the designated property rooms.

      2.  Upon written request of the inmate, the Property Officer will assist the inmate by exchanging items of legal property held in storage for that retained within the cell.

      3.  Inmates shall retain no more than six cubic feet of personal property, inclusive of legal material. **Television or radio is exclusive to this six cubic feet limit. (The six cubic feet limit does NOT apply to the inmate's un-issued legal property.)**

      4.  All property in excess of that allowed and not specified above, will be donated to the institution, mailed out of the institution (at the inmate's expense), and/or confiscated per Title 15 Section 3191 Property Registration and Disposition.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

Confiscation and disposition of the property or article(s) will be properly documented

g) Canteen Items Allowed in LTRH-See approved LTRH Canteen Order Form (Attachment J)

h) Annual Packages-Pursuant to CCR, Title 15, Section 3044(g) (4) (F), LTRH housed inmates may receive one special package, not to exceed 30 pounds, per year. The content of the package shall be restricted to the SAC LTRH approved package list from approved vendors. All prohibited items shall be disposed of pursuant to OP 02, Inmate Property.

1. Eligibility to receive an annual package for LTRH inmates is as follows, disciplinary free for a period of 1 year, this will be based on the date the initial LTRH term started, refer to the CDCR 629-A, LTRH Term Assessment Worksheet. Thereafter, 1 year disciplinary free from each serious rules violation.

2. Verification of eligibility to receive a package will be conducted by the LTRH Property Officer.

3. The Property Officer will review the restriction list and ensure that he/she is not currently serving a suspension of privileges. If he/she is, they will not be eligible until the privilege suspension has expired, at which time the inmate may reapply.

4. Forms shall be provided for the inmate to send to his/her correspondents, which indicate allowable items, weight, limit, and special requirements (i.e., no glass, cans, etc.).

5. Packages allowed must have the address label from the package form attached to the package.

6. All items not authorized in LTRH will be confiscated and disposed of in accordance with Title 15 Section 3191 Property Registration and Disposition:

7. Property Officers will maintain a log detailing the inmate's name, number, housing and date special package was received and delivered.

i) State issued tennis shoes and shoes explicitly recommended for orthopedic reasons, when approved by a staff doctor, are permitted in LTRH. All orthopedic reasons will be documented on a CDCR Form 128-C, Medical Chrono, and signed by a staff doctor. Inmates who are required to wear "soft shoes" will be issued a pair of state manufactured shoes.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    j) In accordance with the annual special purchase package program, inmates may purchase and possess one pair of white tennis shoes. Tennis shoes: No shades of red or blue. Low, mid, or high tops are permitted. Shoes must be predominantly white in color. No K-Swiss, Bugle Boys, Joy Walkers, Pumps Gels, British Knights, DC, or Airlifts. Shoelaces must be white only. Not to exceed $75 dollars. No hidden compartments, zippers, or laces that are covered or concealed. No metal components including the eyelets.

    k) In accordance with the annual special purchase/package program, inmates may purchase and possess one (1) pair of white sweat pants (no pockets, logos or drawstrings and no dark grey).

M.    Key, Tool and Equipment

   1. All keys, tools, and equipment shall be inventoried at the beginning and end of each shift, issued only to authorized personnel, not used in a manner inconsistent with its designed purpose (DOM Sections 52040 and 55020).

   2. All keys, tools, and equipment when not in physical possession by correctional personnel shall be maintained in its designated and approved storage area located in the control booth.

   3. Equipment which is authorized for inmate use, i.e.: nail clippers and barber equipment shall be inspected prior to issuance and immediately upon return. Inmates will not be allowed to vacate the area from which the equipment was used prior to the inspection.

   4. Food port locks shall be secured at all times when not in physical possession of correctional personnel. At no time will the lock be left unsecured beyond the control of correctional personnel.

   5. All keys, tools, and equipment will be issued only upon receipt of a chit bearing the name of the recipient. Chits shall be surrendered individually and placed separately on the issued equipment's retention hook.

   6. In the event any keys, tools, or equipment is not accounted for, the first line supervisor will be immediately notified at the moment of discovery. All inmate movement will cease. A comprehensive search will be conducted. At the conclusion of the search, a memorandum completely describing the circumstances surrounding the occurrence and the action taken will be prepared for the Facility Captain's review prior to the end of the respective shift.

N.    Escorting Inmates

   1. General Information

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    a) All LTRH inmate escorts within the housing unit, dining room, and Individual Exercise Yard (IEY) area shall be under direct officer escort (one Officer per inmate).

    b) All Inmates housed within the LTRH shall submit to an unclothed body search prior to being removed from their cell or escorted outside of the block.

2. Multiple Inmate Escorts

    a) Inmates escorted outside of the LTRH unit will be conducted with the following inmate to staff ratios:

| NUMBER OF INMATES | NUMBER OF CORRECTIONAL STAFF |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

    b) Inmates whose past behavior is deemed a threat/assaultive towards staff or inmates, will be escorted separately.

    c) Inmates will not be escorted with known enemies or rival STG's.

    d) Escorts of inmates out of the unit will be entered in the CDCR 114 and the CDCR 114-A.

3. Shower Program and Escorts

    a) Each inmate assigned to the LTRH shall be afforded three (3) opportunities to shower per week. Inmates will be showered in accordance with the shower schedule. Weekly schedule, alternating upper and lower tier weekly.

    b) Showers will be conducted on Third Watch, commencing at approximately 1430 hours and concluding at approximately 1700 hours.

LTRH inmates will be physically escorted to and from showers at all times. Escorting procedures shall be followed; One officer per inmate unless otherwise noted.

- 1 pair Prescription Glasses
- 1 pair Reading Glasses
- 1 bar of Soap
- 1 Towel
- 1 Wash Cloth
- 1 pair Undershorts
- 1 plastic bag of Shampoo

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

- 1 plastic bag of Conditioner
- 1 pair of Shower Shoes
- 1 pair of Canvas Shoes
- 1 Soap Dish
- 1 T-Shirt
- All Medical Appliance(s)

c) The inmate will surrender his towel and personal hygiene items prior to exiting his cell, wearing only their undershorts, shirt and shower shoes.

d) The inmate will be escorted individually to the shower, on their respective tiers and within their respective sections.

4. Classification Committee Escorts.

a) One Correctional Officers will escort inmates individually into the Classification Room remaining behind or to the side(s) of the inmate throughout the classification process.

b) The inmate will assume a straddled seated position.

c) At conclusion of inmate's appearance before the Classification Committee, he/she will be returned to his/her cell or holding cell.

5. Exercise Yard Escorts

All LTRH inmates will be offered a minimum of 10 hours of yard time per week Monday through Sunday.

a) All inmates will be subject to an unclothed body search in their cells prior to being escorted to the yard. Prior to exitig the yard, the inmates will be subject to an additional unclothed body search and scanned by the handheld metal detector prior to returning to their assigned housing unit.

b) The LTRH Exercise Yard program may be impacted during heavy fog. The Facility Captain or Watch Commander, via fog line notification, shall evaluate the weather conditions and then make the decision to continue or discontinue yard.

c) Inmates may only possess the following items for use on the yard:
- 1 Jumpsuit
- 1 pair Prescription Eye Glasses
- 1 pair Socks
- 1 pair Shoes
- 1 Towel
- 1 Underwear

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

- 1 Undershirt
- 1 Jacket (issued at yard release and returned at yard recall, November 1 thru March 31)
- 1 Thermal Shirt
- 1 Thermal Pants
- Medically authorized prosthesis
- 1 pair Sweat Pants
- 1 Sweat Shirt
- 1 Watch Cap
- 1 Athletic Shorts
- 1 pair Gloves

6. Escorting or Removal of Inmates under Adverse Circumstances

If it is necessary to remove an inmate from any area of confinement for an escort, and it is anticipated that a conflict may occur between the inmate(s) and staff, supervisory personnel responsible for the area will be informed of the situation. The inmate will not be removed from the cell without a supervisor present, accompanied by no less than two Correctional Officers.

7. Non-Custody

A custody staff member shall be present on the tier if a non-custody staff member requires access to an inmate through the food port. No custody staff escort is required for verbal interactions between non-custody staff and inmates through a closed and secured cell door.

O. Weekly Schedule

1. Laundry

Subject to change due to lockdowns.

| DAY | FACILITY | ACTIVITY/LOCATION |
|---------|----------|-----------------------------------------------------|
| Sunday | B LTRH | Delivery/Pickup of Laundry Carts for laundry bag collection. |
| Thursday | B LTRH | Delivery/Pickup of Laundry Carts for laundry bag collection. |
| Friday | B LTRH | Delivery/Pickup of sheets/linen. |

2. Supplies

Subject to change due to lockdowns.

| DAY | FACILITY | ACTIVITY/LOCATION |
|---------|----------|-----------------------------------------------------|
| Sunday | B LTRH | Delivery of supplies to be issued by |

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

|  |  | second watch. |
|---|---|---|
|  |  |  |

3. Law Library

| DAY | FACILITY | TIME |
|---|---|---|
| Wednesday | B LTRH | 0800-1400 |
| Make Up | B LTRH | As Needed |

4. Medical/Doctor's Line
   Emergency doctor nurse and dental lines will be conducted pursuant to the posted ducat list.

5. Canteen
   As scheduled by the Canteen Manager and will be received/ issued by second watch.

6. Institution Classification Committee

| DAY | FACILITY |
|---|---|
| Monday | B LTRH ICC |

P.  Clothing

1. Exchange Procedure:

   a) Clothing exchange will be conducted on Third Watch.

   b) Clothing items will be laundered once a week by the bag system. Linen items will be exchanged one for one weekly. Any surplus of clean linens will be placed in clear plastic bags on top of the soiled laundry carts and returned to the Facility Clothing Room. Maximum allowable state-issued items for laundering is:
      - Jumpsuit
      - Boxers
      - towels
      - 2 T-shirts
      - 2 pair of socks

   c) Blankets will be exchanged one for one bi-annually according to DOM 54090.9.4. Inmates requesting an exchange prior to the scheduled exchange will be required to utilize the laundry request procedure.

   d) **Universal precautions** will be followed when handling all clothing/bedding.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

e) All clean laundry bags will be returned to the inmate population per the laundry schedule. Prior to returning a clean laundry bag to an inmate, the contents will be searched for weapons and/or contraband.

2. Shoe Request Forms

a) Shoe Request Forms will be collected by housing unit custody staff during collection of soiled laundry bags and forwarded to the Facility B Clothing Room. This request will be placed in the laundry mailbox located in the Program Office.

b) Clothing Room staff will check each inmate's Clothing Record Card and issue shoes accordingly to the Housing Unit Custody Staff for distribution to inmates.

c) Housing Unit custody staff will be required to sign the Clothing Room logbook to verify receipt of shoes.

3. Replacement of State-Issued Items

Inmates requiring replacement of clothing items, shoes, or towels will notify their housing unit officer and submit a Clothing Shortage/Fish Slip.

4. Accountability:

Inmates will be responsible for destruction/alteration of all State Property. Upon discovery that an inmate has altered/destroyed State Property, a RVR will be issued. He will be ordered to sign a CDC 193 for reimbursement to the State of California. In the event that the inmate is unwilling to sign a CDC 193, a hold will be placed on the Inmate's Trust Account (per OP #79 Accounting and Trust Office Procedures).

Q. Supply Procedure

1. Supplies will be issued weekly by second watch in quantities as listed below:
   - Roll Toilet Paper
   - 30 per Month Dental Floss
   - 1 Palm Brush (1 for 1 exchange)
   - 1 Ounce Tooth Powder per week
   - 1 Tooth Brush (1 for 1 exchange)
   - 1 Bar Soap per week
   - 1 Pen Filler (1 for 1 exchange)
   - 1/3 pad Green scrub pad (1 for 1 exchange)
   - 1 Ounce Concentrated Cleaner per week
   - 5 Sheets Writing Paper per week (*indigent inmates only*)
   - 5 Envelopes per week (*indigent inmates only*)
   - 1 Cleaning Rag (1 for 1 exchange)

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

**NOTE:** Indigent inmate will request envelopes as per DOM Section 54010.1, Inmate Mail.

2. Supplies will be ordered by LTRH designated Security Patrol Officer, with approving signature of the LTRH Lieutenant, and stored in the designated supply storage area.

R. General Housekeeping

1. Housing unit custody staff are responsible for the general cleaning on a regular basis (sweeping, mopping, scrubbing), of the following areas: control booth, stairwell to the control booth, the mechanical room sally port, section tiers and cell door exterior.

   a) Each watch will ensure that these areas are maintained in a clean and sanitary condition.
   - Second watch will clean the section Tiers on Wednesday.
   - Third watch will clean the section Tiers on Sunday.

2. All supplies stored in the housing unit will be kept orderly.

3. To ensure a clean, sanitary working/living environment in all areas within the LTRH, periodic inspections will be conducted by the assigned housing unit Sergeants.

S. Visiting Procedures

1. Visiting will be permitted with persons approved in accordance with the regulations set forth in the CCR, Title 15, and Visiting Operational Procedures.

2. Methods

   a) Every inmate in LTRH will be reviewed by Classification Committee and will be placed on non-contact visits.

   b) Inmates in LTRH will be allowed to visit with approved visitors.

   c) All visits must be by prior appointment due to the limited space available. Appointments will be made at least 24 hours in advance.

   d) Attorney and investigator visits will be on a non-contact basis. The only exception will be when a court orders contact visits. The court order will be processed through the Litigation Coordinator and the LTRH Facility Captain for review.

3. Attorney Visiting

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

Attorneys of record shall make appointments and arrangements for visits through the Litigation Coordinator, who will submit the appropriate notification indicating the specifics and limitations of the visit.

T.     Attorney Telephone Calls

1.   Attorney/inmate consultation, by telephone, is coordinated by the Litigation Coordinator who will submit the appropriate documentation of authorization to the affected facility.

2.   The inmate must give his consent for the telephone call prior to arrangements being made.

3.   The unit staff will immediately notify the Litigation Office of any circumstances which prevents or interferes with the accomplishment of this process (i.e., inmate refuses, no answer when call is connected, unit incident that prevents staff assistance, etc.).

U.     Meals

1.   Inmates housed in the LTRH will be cell fed. All meals will be served by unit staff and will consist of all regular menu items. Food temperatures will be recorded on the standard food temperature report. Random temperature samples will be taken for meals served throughout the feeding process.

2.   Meal service will utilize the standard food trays. Inmates may be fed temporarily on paper trays if it is determined the use of a plastic food tray poses an unusual risk. Such action must be reviewed by the LTRH Sergeant and documented, explaining the reasons for the actions. Each case will be referred to the Facility Lieutenant who will review and make a recommendation as to the length of restriction to the Facility B Captain. The LTRH Facility B Captain must approve the restrictions.

3.   Feeding Schedule. The serving schedule for meals in the LTRH will conform to the following:
     - **Breakfast** - Feeding will begin at approximately 0600 hours, seven days per week.
     - **Lunch** - Inmates will receive sack lunches for the noon meal upon collection of the breakfast tray.
     - **Dinner** - Feeding will begin at approximately 1630 hours, seven days per week.

4.   Feeding Procedure. The Kitchen/Dining Officer will monitor tray preparation and placement on to food trays. This will ensure proper portions, sanitation, and security are maintained during serving.

     a)   Upon entering the housing section with the food trays, one officer push a food cart with a stack of trays while a second officer unlocks the food/cuff port, and places a

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

food tray on the food port for the inmate to retrieve. Once the inmate takes the tray, the officer will close and lock the food port before moving to the next cell.

b) It is mandatory all kitchen and unit staff involved in the serving process wear hats and gloves throughout the serving process.

c) For security purposes, cell lights will be on and in the bright position prior to the inmate receiving his tray.

d) A reasonable amount of time will be given for the inmate to consume his meal.

e) Unit officers, starting with the first section, will pick up food trays, disposable beverage containers, and trash from each cell. At this time, inmates will also be allowed to throw away trash.

f) Upon receiving the food tray, disposable beverage containers, and trash from each cell, the tray slots will be padlocked LTRH. All items will be accounted for and checked for alterations. Any damaged trays or trays contaminated by the inmate will be kept separate from the returning trays for investigation and/or disposal. All trays will be emptied, checked, neatly stacked, and counted before being returned to the pantry. This procedure will be utilized during both the breakfast and dinner meals.

5. Meal Sample Reports. The LTRH Sergeant or designee will complete meal sample reports. Only staff designated as samplers may eat State food.

a) One tray shall be sampled from each meal served. Second Watch will sample lunches. The samples provide a means for checking the overall quality, quantity, and appearance of food being served.

b) Entries on the Meal Sample Report will include the time food arrived, when serving begun and completed, temperature of food items, overall conditions of food (i.e., ample portions, good flavor, etc.) and any substitutions or deletions.

c) Any items served in an unsatisfactory condition will immediately be reported to the LTRH pantry staff and necessary steps will be taken to rectify the problem. An entry will be made on the Meal Sample Report explaining the problem and any action taken to resolve it.

6. If an inmate refuses food, a notation of such shall be made on his CDC-114A. Refer to the Hunger Strike OP 106 for other required procedures.

V. Cell Cleaning Procedure

1. LTRH inmates are expected to keep their cells neat and clean at all times.

2. Towels, blankets, and clothing are not to be used as rugs or decorative icons.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    3. Cells are to be swept and scrubbed as needed.

        a) A ½ green scrub pad and 1 ounce concentrated cleaner issued to be used as a cleaning agent on supply day by third watch staff.

        b) Photographs of an offensive nature or obstructive material are prohibited on walls (outside designated area), cell windows, and/or cell lights.

        c) Cell windows will be unobstructed.

W. Protective Vests

    1. All CDCR employees, entering the LTRH, shall wear a Stab Resistant Vest when the employee is:

        a) In direct contact with inmates within the LTRH.

        b) Escorting inmates housed within the LTRH anywhere on institution grounds.

        c) On the LTRH unit tiers.

    2. Protective vests shall be worn only in the manner prescribed by the manufacturer and the departmental guidelines. Protective vests shall **not** be worn in any manner that might reduce their designed level of effectiveness. Protective Vests are maintained and available for issuance in B Facility Control and 8 Block Control.

X. Protective Eyewear

    Protective Eyewear will be worn by all persons when entering any section area of a housing unit and approaching a tier or cell (optional for Mental Health practitioners), within 15 feet.

Y. Mechanical Restraints

    1. Only departmentally approved and issued mechanical restraints will be utilized by LTRH custodial personnel.

    2. Types of restraint equipment.
- Handcuffs
- Waist chains
- Leg Irons
- Lead Martin chains
- Flex cuffs

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

3. Application of restraint equipment will comply with CCR Section 3278.

4. Waist chains will only be applied or adjusted when a LTRH inmate is secured in a holding cell. The application will be done through the food port opening.

   Mechanical restraints shall not be used in an excessive manner that would intentionally inflict injury or render the inmate helpless.

Z.    LTRH Inmate Cell Placement/Movement

1. Upon date of arrival to LTRH, inmates will be assigned to cells based on the following criteria:

   - Bed/cell availability
   - Unit needs relative to ethnic balance
   - Physical/medical restrictions
   - Integrated Housing Code (IHC)

2. LTRH Inmate Cell Move Justification Criteria.

   - All cell moves *require* the approval of the Lieutenant with his/her digital signature in SOMS. Cell moves *may* be made for the following reasons:
   - Enemy/Safety concerns of an inmate who is isolated to a section in which an inmate is living in and a move out of the section will alleviate the concern.
   - Disperse an identified group of inmates being disruptive.
   - CCCMS LTRH inmates shall normally transfer directly from a CCCMS Short Term Restricted Housing (STRH) to a LTRH. Should and inmate become CCCMS while in an existing SHU, that inmate shall transfer to a CCCMS LTRH within 30 calendar days. A CCCMS inmate in any LTRH who is identified as needing Enhanced Outpatient Program (EOP) level of care will be transferred to a PSU within 30 days of the identification. When clinically necessary Mental Health Crisis Bed (MHCB) transfers deemed will be completed within 24 hours from the time the placement was ordered.

3. Any movement from the CCCMS LTRH requires the sending facility generate an IPTR149 (Attachment K) signed by the Facility Lieutenant. In addition, the IPTR149 will also include a space for the sending and receiving nursing staff to print and sign their name indicating whether they sent or received a Medication Administration Records Sheet (MARS) bag for each respective inmate.

   If a MARS bag is not necessary, the sending nursing staff member will indicate this on the IPTR149 by marking "N/A" and sign accordingly.

4. All medical staff will comply with the directive to sign for the inmate MARS upon receiving the inmate. In the event, medical staff fails to sign for the MARS; the LTRH Lieutenant will be contacted immediately for further direction. Upon obtaining a

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

signature, the escorting officers will retrieve the signed IPTR149 and return it to the Program Office. The IPTR149 will be copied and filed for future reference. (These copies will be maintained in the Program Office for a period of six months prior to being archived.)

AA.  Accompanying Staff Escorts

Custody staff will escort all non-custody staff entering any section within a LTRH. This means that custody staff shall walk ahead of the escort, ensuring all cell coverings are down and staff safety is not compromised. At no time shall non-custody staff be left alone on a tier/section without custody staff escort. Mental Health interviews will be conducted within the interview booths located in B2 Dining Hall.

BB.  Legal Services

1.  Inmates assigned to LTRH will be provided legal materials and library services through the law library per CCR 3122, 3123, 3343(k), and DOM Sections 101120.1 and 101120.16.

2.  Law Library: The library schedule is posted throughout the housing unit (per Title 15, Article 3, Section 3120(a) and OP# 50 Education Programs & Services.

    a)  The LTRH building officers will collect and send to the library the Priority Legal Users (PLU) (Attachment L) and General Legal Users (GLU) (Attachment M) for processing.

    b)  LTRH Law Library Services.
- Legal Law Books
- Periodicals
- Journals
- Research manuals
- Writing instruments and paper
- Photocopy service, as per DOM Sections 14010.19 through 14010.27
- Stapler and hole punch (service provide by Law Library Staff)

3.  Prior to receiving the requested materials/services, the inmate will sign a CDCR 193; to pay for any damage/loss should it occur. The CDCR 193 will be returned to the inmate if he requests it, after the following has been ascertained:

    a)  The inmate has not received any payable services.

    b)  The inmate has not damaged any library materials.

4.  With each transmittal of mail to an attorney of record or a court requiring addition of postage, the inmate must submit a CDCR Form 193, which will

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

accompany the transmittal. The cost of postage and envelopes will not be charged to the inmates account if the inmate is without funds at the time the material is submitted for mailing and remains without funds for 30 days after the documents are mailed.

5.    Categories of library users (PLU and GLU identifiers will comply with DOM Section 53060).

a)    PLU will be scheduled to come to the Law Library within 7 calendar days of receipt of a written request for a minimum of two hours unless documented safety/security/limited resources prevent providing this level of service.

b)    GLU will receive Law Library service within 7 calendar days of receipt of a written request for a minimum of two hours unless documented safety/security/limited resources prevent providing this level of service. PLU receive priority scheduling for physical access. In the event a PLU cannot be scheduled for physical access within seven calendar days, paging services will be provided until physical access is possible.

c)    PLU or GLU inmates refusing to attend Law Library at their scheduled time shall sign a refusal form, which will also be signed by the building staff. If the inmate refused to sign the form (Attachment M), the LTRH Sergeant must co-sign the refusal. The signed refusal will be delivered to the Law Library the same day.

d)    Inmates assisting other inmates in the preparation of legal documents will comply with CCR, Title 15, Section 3163.

CC.  Leisure Library Services

a)    Inmates assigned to LTRH will be provided leisure library services in the housing units through the law library per CCR 3120 (a)(b)(c), 3121 (a)(b)(c), and 3343 (k).

b)    Library services shall be maintained within LTRH by the facility librarian with the assistance of the assigned housing unit staff.

c)    The librarian shall stock sufficient reading materials (paperback books and newspapers only) within the units for distribution by the assigned housing unit floor staff. The housing unit floor staff shall rotate the selection of materials with other housing units within their LTRH facility. This is to be done on a quarterly basis. The facility librarian shall rotate the selection of materials with other LTRH facilities on a biannual basis.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

d) Second watch housing unit floor staff shall issue books on a one for one basis only. A library log shall be maintained by unit staff to assure accountability of material.

e) Prior to receiving the books in the housing unit, the inmate will sign a CDCR Form 193 to pay for any damage/loss should it occur. The CDCR 193 will be returned to the inmate if he requests it after it has been ascertained he has not damaged any library material.

f) Inmates abusing privileges or destroying books may have the privilege suspended by unit staff and held liable for the replacement cost of the items.

g) Complete and current copies of the DOM, and CCR, Title 15, including "Notice of Change," documents are maintained and available for inmate access within the facility library. LTRH inmates may obtain in unit access to these documents by submitting a written request to the Law Library Officer. Inmates may review these documents within a temporary LTRH holding cell located in B2 Dining.

DD. Mental Health Services Programs and Activities

a. Overall institutional responsibility for the CCCMS LTRH Unit program shall rest jointly with the CEO and the Warden. Institutional operational oversight of the LTRH shall be the responsibility of the Chief of Mental Health (CMH). The Mental Health Services (MHS) will provide 90-minutes of therapeutic group activity each week for CCCMS LTRH Inmate-Patients (IP's), along with an individual initial placement, disciplinary actions, correctional counseling services, classification, inmate movement, and daily management shall rest with the Warden or designee. The assigned psychiatrist or Primary Clinician (PC) shall attend all Institutional ICC's to provide mental health input.

b. Morning huddles will be held every morning at 0800 hours. A LTRH assigned Correctional Officer and Mental Health Personnel will be present. During the meeting, involved personnel will identify new arrivals, discuss current behavioral issues and concerns, and share any pertinent information regarding risk factors and suicide prevention strategies. This meeting shall be recorded in the LTRH Huddle Binder.

c. LTRH MHS shall provide weekly PC contacts, crisis intervention, daily Psychiatric Technician (PT) rounds seven days per week, medication education and management, therapeutic group therapy, monitoring and assistance with daily living skills, and recreation therapy both within cell and out of cell activities.

d. The PT shall make initial contact with each IP placed into LTRH within 24-hours of placement and begin the process of developing rapport with IP. Clinical

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

Rounds shall be conducted seven days per week in all LTRH units to attend to the mental health needs of all IP's and usually be performed by a PT. All Health Care Services Requests (CDCR 7362) (Attachment 7362) shall be collected by nursing staff daily.

e.   The Interdisciplinary Treatment Team (IDTT) shall generally be responsible for developing and updating clinical treatment plans for all identified CCCMS IP's. Initial and subsequent sessions for CCCMS IP's in LTRH will include a review of the 114-A to be informed of each IP's restricted housing unit programming. Existing clinical pre-screening and screening requirements along with clinical evaluations will be reviewed to determine if a more thorough assessment of the IP is needed within the LTRH. The IDTT shall consist of, at a minimum, the LTRH Captain, LTRH Sergeant, assigned Correctional Counselor, assigned psychiatrist, PT, PC, and Program Supervisor.

f.   Any IP requiring and inpatient placement (Mental Health Crisis Bed; MHCB) will be transferred to the appropriate level of care immediately (MHSDS Program Guide, 2009 Revision, pp. 12-7-11).

g.   Any IP in LTRH who is identified as needing EOP level of care will be transferred to an EOP ASU Hub within 30-calendar days of the identification (MHSDS Program Guide, 2009 Revision, pp 12-7-8).

h.   Mental Health Treatment Group Activities and Treatment Modules (TM) Escort Procedures

i.   MHSDS CCCMS LTRH Program will provide 90-minutes of therapeutic group activity for each IP each week. All LTRH CCCMS status IPs will be escorted to the TMs in mechanical restraints. Once secured within the TM, mechanical restraints shall be removed unless the IP is deemed to be danger to self or others based upon current behavior.

j.   If custody determines, with the input from clinical staff, that the IP is to remain in restraints while secured in a TM, the person making such determination shall prepare a CDCR 128B, Informational Chrono, indicating the reason why the IP was required to remain in restraints. The inmate will remain under direct observation during this time.

k.   All individual clinical contact and group therapy for IP shall be conducted in a confidential setting. The Correctional Officer(s) providing safety and security coverage will provide intermittent visual coverage, where the clinician can be seen but the clinical interaction between the IP and attending clinician cannot be overheard. All psychiatric appointments will occur in a completely confidential space.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

Psychiatric appointments will be scheduled in advance except for urgent and emergent requests. IPs scheduled to see his assigned psychiatrist and/or PC will be escorted to the treatment space and will be secured in a TM while they await their time with the psychiatrist and/or PC. Custody staff will escort the IP to and from the psychiatrist and/or PC's Office, holding space, and housing unit.

EE.    Dental Care

a.    The inmate will inform the nursing staff of their need to see the dentist by placing their card in the cell front window.

b.    The dentist will treat CCCMS LTRH cases by ducat *only*.

c.    The dentist will schedule appointments as needed.

d.    Inmates will be escorted in the same manner as medical clinic visits. Staff will remain with the inmate under constant supervision and ensure the inmate remains in restraint gear at all times.

FF.    Delivery of Medications

a.    All medication shall be controlled and dispensed by Medical staff. Correctional Officers are prohibited from dispensing medication.

b.    Nursing Staff will conduct rounds on the CCCMS LTRH tiers. If a cell door is required to be opened the inmate will be placed in restraints prior to the opening of the door. If a food port is required to be opened, the custodial staff will open the food port and the medical staff will issue the medication.

c.    Certain medically prescribed life sustaining medications directly issued to inmates for an "as needed" use, such as inhalators for asthmatic difficulties, nitroglycerin tablets for heart conditions, and sterile bags for colostomies shall be issued to the inmate.

d.    Custody staff will escort the non-custody staff member conducting medical or mental health services, the custody staff member will position himself or herself to ensure clinician/patient confidentiality. If a cell door and/or food port is required to be opened. At no time will the non-custody staff member open any food port. A custody staff will be present and will open the food port for the Non-Custody staff member.

GG.    Religious Services

1.    LTRH inmates are afforded the right to practice their religious belief per CCR Section 3343(k).

2.    Chapel services are not available within the LTRH.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

      3.   Religious Services and sacrament services shall, when necessary be conducted within the building, on an individual basis.

      a)   Chaplains are available to console and/or counsel LTRH inmates upon request.
- Chaplains may conduct religious activity on the LTRH tier without escort. The Chaplain must wear a protective vest.
- Chaplains will not give anything directly to inmates in the LTRH. The Chaplain will give all religious materials to the Floor Officer who will in turn give the materials to the inmate after they have been searched.

      b)   Volunteer religious workers will not be allowed in the LTRH without approval.

HH.   Telephone Calls

      1.   Parameters that would allow a phone call by a LTRH inmate.

      a)   Court order.

      b)   Correctional Counselor II (CCII) authorizes emergent phone calls. In the absence of the CCII, the Facility Lieutenant will authorize the phone call.

      c)   All calls will be via speakerphone to facilitate monitoring by staff.

      d)   Routine telephone calls will be allowed based upon privilege group status.

      a)   All telephone calls will be logged in the inmates CDCR 114-A, as well as the inmate phone log. The entry will identify the name and title of the person authorizing the call and circumstances (i.e., family death.). Log information will include date, time, and inmate's name, number, to whom the call was placed, the number called and the text of the conversation. The log will be signed by the staff member assisting/monitoring the call.

II.   Out Of Cell Activity

      1.   CCMS LTRH inmate will be offered three and one half hours per week of out-of-cell activity by utilizing Secure Desks. The activities will be facilitated by custody staff and the activity resources and equipment will be supplied by Mental Health designated staff. All CCCMS LTRH inmates out of cell activity time will be held in their respective section dayrooms. All inmate participants will be in state issued jumpsuits. They will be restrained with the use of waist chains and leg restraints. Staff will secure the inmate into the desk. The CCCMS LTRH inmate will remain in the modules in restraints for the duration of the session. Upon completion of the first session the CCCMS LTRH inmate will be rotated to offer each inmate the three and one half hour a week session.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

2. Placement of an inmate into the Secure Desk

    a.    Prior to placing an inmate into the Secure Desk, escorting staff will have the inmate kneel onto the designated chair and place leg irons on the inmate, ensuring they are double locked.

    b.    Escorting staff will escort one inmate to the first open desk, having the inmate turn his back to the chair. The escort officer will maintain control of the inmate and instruct the inmate to keep one foot on each side of the foot bar. The inmate will be instructed to "back" into the Secure Desk, ensuring the leg restraint chain is under the foot bar. At this point the officer will position him/herself at the front of the Secure Desk and pushing the lever inward locking the bolt over the leg restraint chain.

    c.    When removing inmates from the chair the escort officer will proceed to the first desk containing an inmate. The escort officer will assume a position at the front of the desk unlock the front level bar and shall gain control of the inmate. The inmate will be instructed to stand up and the escort officer shall escort the inmate to his assigned cell.

JJ.    Emergency Yard Control

In the event an emergency occurs on the yard, i.e., medical and/or inmate behavior that is suspicious in nature, and indicative of a disturbance, the Exercise Yard Observation Officer, will order the occupants of the yard to sit down. If the Response Supervisor determines the magnitude of the incident is elevated, the Response Supervisor may order the inmate to lie down on their stomachs, arms out to their side, palms up, and legs crossed.

KK.    Inmate Canteen

1.    Inmates will be permitted to draw on their trust accounts for canteen purchases. Individual draws will be scheduled in accordance with established GP canteen schedules.
- Canteen staff will post a schedule that notifies Officers of the ducat due dates.
- Canteen ducats and canteen order forms will be passed out by unit staff the week before the designated draw is to begin.
- Unit staff will collect all completed ducats and order forms and deliver them to the Canteen Manager on the posted due date.
- The Canteen Manager will confirm that the inmate has money in his account and fill each approved canteen order.
- LTRH staff will deliver canteen during the week of their respective draw (once a month).

2.    Unit Officers will search all canteen orders in front of the inmate before being issued, and all items will be removed from packaging that represents a threat to institutional safety and security, i.e. hard plastic, Styrofoam etc.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

- The inmate will sign the master canteen list and ducat receipt form upon receipt of his order.
- Unit staff returns these forms to the Canteen Manager.
- Unit staff on Second Watch will deliver canteen to inmates when program allows.

Inmates may only purchase items on the approved LTRH Canteen List (Attachment J)

LL.    Inmate Mail

Inmate mail for the LTRH will comply with the CCR, Subchapter 2, Inmate Resources, Article 4, Mail, Article 5, Inmate Manuscripts, and Article 6 Legal Documents, as well as DOM Section 54010.1, Inmate Mail.

MM.    Shaving Procedures/ Haircuts/Nail Clippers

1.    The Yard Officer will inventory all hair clippers in the unit when assuming the post and prior to the end of the shift. Inmates may be issued a hair clipper during individual yard time (based on availability and weather conditions).

2.    The inmate will exit his assigned cell at yard release and request a hair clipper from the Yard Officer. Upon completion of his yard period, he will return the hair clipper to the Yard Officer prior to returning to his cell. The hair clipper will be inspected prior to issuance and upon return from the inmate. The Yard Officer will disinfect each trimmer prior to issuance to the next inmate as required by OP 128, Barber Tools, Equipment and Sanitation Procedure.

3.    The hair clippers will be maintained in a secured area that will be stored in the unit. Under no circumstances will inmates be allowed to take a hair clipper to his cell.

4.    Use of the hair clippers will be recorded on the CDC-114A Form.

5.    Nail Clippers

Inmates will be permitted to use the nail clippers during their yard time.

a)    Staff will inspect the nail clippers prior to issuing them to the inmate.

b)    Unit staff is responsible for tracking use of the nail clippers and ensuring they are returned undamaged prior to the inmate being released from yard.

c)    If the nail clippers are not intact and not all parts are accounted for, the Sergeant will be contacted immediately. The inmate will remain in handcuffs and the yard area will be searched.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

    d)   If the search of the yard does not reveal the missing piece(s), steps will be taken to determine if the inmate will undergo Contraband Surveillance Watch.

    e)   For sanitary purposes, nail clippers shall be disinfectant after each use as required by OP 153, Shaving Equipment, and Sanitation Procedures.

NN.   Inmates on Restriction/Precautious

1.  Inmates who have displayed a propensity for violence or other inappropriate behavior will be identified and their special security concern will be addressed appropriately.

2.  The Unit Sergeant will be immediately advised of any breaches in safety and/or security that will pose a threat to any person. The Unit Sergeant will advise the Facility Lieutenant and prepare a recommendation.

3.  The Facility Lieutenant will prepare a CDCR-128-B Informational Chrono detailing the inmate's misbehavior and the new restrictive status.

The following is a list of restrictions that could result from specific inmate behavior. All restrictions shall be approved by the Facility Captain.

    a) **SPIT NET** – Inmate required to wear a Spit Net whenever out of his cell. Imposed when an inmate has attempted to, or has spit upon another person. The LTRH Captain reviews this restriction, usually imposed for a minimum of 30 days.

    b) **PAPER TRAY STATUS** – Meals served on paper trays. Imposed when an inmate has refused to relinquish his food tray, or has intentionally broken his tray. Usually imposed for a period of 30 days.

    c) **LEG IRONS** – Requires an inmate be placed in leg irons anytime he is out of his cell. Imposed when an inmate has kicked at staff during medication pass, showers, etc. The LTRH Captain reviews this restriction, usually imposed for a minimum of 30 days.

    d) **SUPERVISED ESCORT** – Supervisor is required to be present whenever inmate is under escort. Imposed when inmate has been assaultive or resistive to staff while under escort and additional supervision has been deemed necessary. Also used when an inmate has made numerous allegations of inappropriate actions. This may also require the use of a video camera. The Captain reviews this restriction, usually imposed for a minimum of 30 days.

    e) **IN-CELL SECURED MOVEMENT/ALTERNATE FEEDING STATUS** – Requires the inmate to position himself at the rear of his cell, seated on the bed with hands in plain view, prior to staff opening the tray slot. Imposed when

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

inmate has assaulted or attempted to assault staff through the food port (gassing, etc.) or has refused to allow staff to secure the tray slot by placing his arm or another object out of the tray slot. This restriction is usually imposed for a period of 10 days.

f) **NO CUP –** Inmates will have their cups taken away. This is for inmates that use their cups to throw fluids on staff and other inmates.

Other designated program restrictions may be imposed as deemed appropriate. The details of these restrictions shall be documented on the CDC 128-B "Notice of Restriction" signed by the Program Lieutenant and Facility Captain.

ATTACHMENTS

Attachment A Inmate Segregation Record (114-A)
Attachment B Isolation Log (114)
Attachment C Clothing Shortage/Fish Slip
Attachment D Inmate Segregation Profile (114-A1)
Attachment E Interdisciplinary Progress Notes – Developmental Disability Program (MH-7230)
Attachment F Medical Classification Chrono
Attachment G Cell Search Exhibit B
Attachment H Cell Search Worksheet
Attachment I Security/Welfare Check Manual Tracking Sheet
Attachment J Canteen List
Attachment K IPTR149
Attachment L Priority Legal Users
Attachment M General Legal Users

JEFF LYNCH                    Date
Warden (A)