Rob Bonta, State Bar No. 202668
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
David E. Kuchinsky, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 210-7666
Facsimile:  (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants J. Lynch, D. Garland,
M. Jordan, W. Lieber, H. Chavez, D. Sykes,
J. Gomez, J. Carothers, D. Calderon, E. Baker,
G. Herrera, M. Saavedra, and P. Brennfleck*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,**<br><br>Defendants. | 2:21-cv-02294 TLN-JDP<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Judge:         The Honorable Troy L. Nunley<br>Trial Date:    To Be Determined<br>Action Filed:  December 10, 2021 |

On January 23, 2025, Defendants filed a motion for summary judgment.  (ECF No. 84.) Plaintiff's counsel has informed defense counsel that she intends to submit three surveillance videos relating to the claims in this case, from October 10, 2019, December 5, 2019, and December 12, 2019, the date Aguilar was murdered.  Defendants request, under Local Rule 141, that the subject video evidence be filed under seal and not be disclosed to the public due to the

explicit and sensitive nature of its contents. The parties met and conferred regarding filing the video evidence under seal, and Plaintiff has no objection to this request. At the direction of District Judge Nunley's clerk, the Request to Seal Documents will be submitted to District Judge Nunley's clerk's email box: mkrueger@caed.uscourts.gov. (*See* L.R. 141(b).) This notice, the Request to Seal Documents, and the proposed order have been served on Plaintiff through counsel and Plaintiff's counsel was provided the subject video evidence during discovery.

Dated: February 18, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


**/s/ David E. Kuchinsky**


DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants*
*J. Lynch, W. Lieber, H. Chavez, D. Sykes, J. Gomez, D. Calderon, E. Baker, G. Herrera, M. Saavedra, and P. Brennfleck*

SA2022300303
38735169.docx