IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA ROSARIO BUENO ZARAGOZA, an individual; ESTATE OF LUIS GIOVANNY AGUILAR, deceased, by his successor-in-interest Ma Rosario Bueno Zaragoza,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>JEFFREY W. LYNCH, an individual, and DOES 1 through 30, inclusive,<br><br>                                        Defendants. | 2:21-cv-02294 TLN-JDP<br><br>ORDER |

On January 23, 2025, Defendants filed a motion for summary judgment.  (ECF No. 84.) Plaintiff's counsel informed defense counsel that she intended to submit video surveillance footage evidence in support of her opposition to Defendants' motion, and on February 18, 2025, defense counsel submitted the video evidence, along with an unopposed request under Local Rule 141 that the video evidence be filed under seal because it contains confidential and sensitive information.

1    There is "a strong presumption in favor of access to court records." *Ctr. for Auto Safety v.*

2  *Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (citation omitted).  However, "access to

3  judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178

4  (9th Cir. 2006).  For dispositive motions, such as a motion for summary judgment, a request to

5  seal can be granted only if the moving party offers a "compelling reason" to keep the information

6  in question from the public.  *Ctr. for Auto Safety*, 809 F.3d at 1096–97 (quoting *Kamakana*, 447

7  F.3d at 1179); *see also Xie v. De Young Properties 5418, LP*, No. 16-01518, 2018 WL 3241068,

8  at *2 (E.D. Cal. July 2, 2018).  The party seeking to seal must "articulate compelling reasons

9  supported by specific factual findings, that outweigh the general history of access and the public

10  policies favoring disclosure, such as the public interest in understanding the judicial process."

11  *Kamakana*, 447 F.3d at 1178 (internal marks and citations omitted).

12    Having considered the request to seal documents, the Court finds that compelling reasons

13  exist to file the video evidence under seal.  Accordingly, the request to seal the video evidence is

14  GRANTED.  The Clerk of Court is DIRECTED to file the video evidence under seal along with

15  the request to seal in order to preserve the record.

16    IT IS SO ORDERED.

17

18  DATED: March 11, 2025

19                                    Troy L. Nunley
                                    Chief United States District Judge

20

21

22

23

24

25

26

27

28