Durrell Puckett #G-05549
CSP-SAC
P.O. Box 290066
REPRESA, CA 95671

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of CALIFORNIA

ESTATE OF LUIS AGUILAR ZARAGOSA,
Plaintiff
v.
JEFF LYNCH, et al.,
Defendants
and
CDCR STATE OF CALIFORNIA
Respondants

#2:21-cv-02294-TLN-JDP
MOTION TO LODGE DECLARATION OF PARTICIPATING WITNESS D. PUCKETT #G-05549

FILED APR 07 2025 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

I, Durrell Anthony Puckett declare as follows: On December 5, 2019 officer Sykes let with all pressing from officer Cody Taylor and Anthony Rodrigues uncuff themselves than let Taylor run up stairs in get a knife. The cuff key in master key was provided by A female officer two to three days before. (RECOVER (AVSS) AUDIO VIDEO) Please as evidence in 6-8 p.m day room of 5th of December 2019. That same female officer tried to set up Zachary Lee Glenn in over payment lying saying Glenn, Aguilar and I are in jail for child molestation. I personally know this officer from society in about 17 other officers who worked at CSP-SAC at the time in either shot at their brothers or went out with them or gang rivalry ties. I have about 150 plus staff separations from family ties, and about 30 more from incidents Aguilar asked to go back to his cell in was denied by the sergeant who said "Fuck Chesters it's on," in I kept bangin on my door so they throw his shoes at my door in said I'm next for her in Garza and Calderon we gettin paid". I, Durrell A. Puckett #G-05549 D.O.B 2-28-86 Declare under penalty.

D. Puckett 3/31/25   Date 3-31-2025