Durrell A. Puckett # G05549
CSP-SAC -CTC-2 Cell 8
P.O. Box 290066
Represa, CA 95671

FILED
APR 09 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of CALIFORNIA

Durrell A. Puckett Witness,
ZARAGOZA Plaintiff
v.
JEFF LYNCH, et al,
Defendants
AND
STATE of CALIFORNIA
Respondants

# 2:21cv-02294-TLN-JD

Witness Declaration for Estate of Luis Aguilar & MA Pinky Rosero Zaragoza behalf lodged in to Evidence for Plaintiff to Oppose Summary Judgement.

I, Durrell Anthony Puckett Sworn Affidavit / Declaration G05549 Declare as follows:

There's a podcast by Sorey Lewis on behalf of this murder in Iro on Episode 6 earlier this year of 2024. Others stakeholders made statements/comments revealing evidence to this case. Her phone is 415-517-0984 for further evidence is question of Luis in inmates sources in how Kevin Steele ISU died really.!! Luis got killed because of YCRAM, Sgt. Caldera, Sgt. Gomez, C/O Sykes, C/O N. West, C/O J. Monroe and Lt. D. Carabillo and a female officer who gave them the Martens Master key to the new Blackbox in leg irons cuff key on or about 12-1-2019 to be exact. I told ISU/IGI/ Internal Affairs twice in wrote Kevin Steele ISU who interviewed staff who claimed Aguilar is safe" 10 days later he was murdered. Bengcourt told I.R.'s & N.C.'s I am a snitch, I don't care you don't work for the Police or officers "Game Recognize Game." They payed Anthony Rodriguez in lied saying he was a child molester, rapists by they did that to me too on the tablet GTL Link CA state cases say I got (11) eleven counts of Rape in on the social media thats false due to Luis was my brother (jailhouse brother) all he wanted to do was go home, take care of things, be a volunteer in do right by his daughter in girlfriend/wifey...

1 of 2

And his family. This was a clear setup by staff due to me in I have great remorse in empathy in very greatest sympathy to our family (his family) especially his Daughter. They setup him up even more because on 12-1-2019 staff Aube in other spit in my face in beat me up for throwing a (soap) bar of soap at William Cook door, so Luis Aguilar feet as a brother to be obligated to do something in kicked the officer first chance he got regardless of going home. He took them chances for me in died like they tried to kill Adrian Escajeda for taking up for me in CSP- Sacramento because I got accused of stabbing C/O J. Mcvey who lied on me and even testified on me in no charges stuck to cover himself because I kept doing 602's, complaints, clemency people letters in O.I.A.- officer. SAC has a history if they want to get rid of you like YOGs pencil the (PBSF supposedly) 2016 riot blacks vs whites started by officers saying he molested them as a kid I am a witness to that too in knew many people who called the shots for that for being housed on B-4 CSP-SAC RCGP 2016 2017 And this is true and correct in will testify to thee above in take Depositions.—

I Durrell Anthony Puckett #G05549
declare under penalty of perjury on 4/6/25
in Represa, California. [signature]

Date: 04-06-2025       [signature]